JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

*19 CV 2297*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

*Robin Smith*

**(b)** County of Residence of First Listed Plaintiff  *Phila.*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  *Joshua L. Thomas*
*Joshua L Thomas & Assoc.*
*225 Wilmington W. Chester Pk, Suite 200*
*Pa 19317  Chadds Ford*

## DEFENDANTS

*Branch Banking & Trust Co.*

County of Residence of First Listed Defendant  *Winston - Salem*
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*  *12 USC 2601*

Brief description of cause:  *Wrongful foreclosure - FDCPA*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $  *10,000,000*

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE  *5/28/19*

SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

### FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

MAY 28 2019

*ER*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*19 cv 2297*

## DESIGNATION FORM

*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 6945 Scotford Road Phila, PA 19119

Address of Defendant: 200 W. 2nd St. Winston-Salem NC 27101

Place of Accident, Incident or Transaction: 6945 Scotford Rd. Phila, PA 19119

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☒

I certify that, to my knowledge, the within case ☐ is / ☒ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 5/28/19          Joshua Thomas          3/2476
                    *Attorney-at-Law / Pro Se Plaintiff*     *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.    Federal Question Cases:**

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☒ 11. All other Federal Question Cases *(Please specify):* 12 USC 2601

**B.    Diversity Jurisdiction Cases:**

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):*
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases *(Please specify):*

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Joshua Thomas, counsel of record *or pro se plaintiff*, do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

MAY 28 2019

DATE: 5/28/19          Joshua Thomas          3/2476
                    *Attorney-at-Law / Pro Se Plaintiff*     *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)          MAY 28 2019

*ER*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

Robin Smith

      v.

Branch Bank & TrustCo.

CIVIL ACTION

NO. 19CV 2997

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)

(f) Standard Management – Cases that do not fall into any one of the other tracks.    ( f )

| 5/28/19 | Joshua Thomas | Plaintiffs |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-806-1733 | 888-314-8910 | JoshuaLThomas@gmail.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

MAY 28 2019

MAY 28 2019

$400

*ER*



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ROBIN L. SMITH, <br><br> Plaintiff, <br><br> v. <br><br> BRANCH BANKING AND TRUST COMPANY, MCCABE, WEISBERG & CONWAY and CITIZENS FINANCIAL GROUP, INC. <br> Defendants. | CIVIL ACTION NO.: 19 cv 2997 <br><br> *Civil Action* |



FILED
MAY 28 2019
KATE BARKMAN, Clerk
By ____ Dep. Clerk

## COMPLAINT

Plaintiff, ROBIN L. SMITH ("Plaintiff"), by and through his undersigned counsel, hereby submit this Complaint against Defendants, BRANCH BANKING AND TRUST COMPANY, and McCabe, Weisberg & Conway, LLC (collectively, "Defendants"), and in support thereof, states as follows:

### I.    Parties and Jurisdiction

1.  Plaintiff Robin L. Smith (Dr. Smith) is of majority age and is a resident of the state of Pennsylvania residing in her home located at 6945 Scotforth Road, Philadelphia, PA 19119.

2.  Defendant BRANCH BANKING AND TRUST COMPANY (BB&T) is and was, at all material times hereto, a foreign corporation whose corporate domicile and alleged authority to do business in the State of Pennsylvania is unknown, but with its principle place of business located at/within 200 West Second Street Winston-Salem, NC 27101.



3. Defendant McCabe, Weisberg & Conway, LLC (Defendant attorneys) is and was, a firm in the State of Pennsylvania with a principle place of business located at/within 123 South Broad Street, Philadelphia, PA 19109.

4. Defendant CITIZENS FINANCIAL GROUP, INC d/b/a Citizens Bank (Citizens Bank) is and was, at all material times hereto, a foreign corporation whose corporate domicile and alleged authority to do business in the State of Pennsylvania is unknown, but with its principle place of business located at/within One Citizens Plaza 1 Citizens Plaza, Providence, RI 02903.

5. Jurisdiction is also based on 28 U.S. Code § 1331 as the issue in controversy arising under the Constitution, laws, or treaties of the United States.

6. At all times relevant and material hereto the named Defendants did act on their own individual behalf and as agents, servants, servicers, workmen and/or employees of each other, under each other's management, supervision, direction and control.

## II.   **Background Material Facts**

1. This is a case arising from a very unfortunate and substantial injury suffered by Plaintiff, which resulted in a foreclosure case that was improperly initiated, as well substantial damage to Plaintiff's credit and financial freedom.

2. On February 27. 2017, when Dr. Smith was driving from Bryn Mawr Rehabilitation Hospital in Malvern, PA , she received the first call from BB&T that the bank had not received her payment.

3. Dr. Smith said this was impossible because since the inception of the line, payments were made on time.

4. Then, Dr. Smith was told, for the first time that day, that they were calling the entire loan.

5. Dr. Smith asked to speak with whoever was in private banking and was told that BB&T no longer had a private banking division.

6. Dr. Smith spoke to Deborah Levin, Regional Vice-President of BB&T at the Chestnut Hill Branch.

7. Ms. Levin said to not worry about it, that it was probably just because of the merger.

8. Ms. Levin had said she would take care of it and that she would be in touch, she said at most that Dr. Smith would need to complete some new documents for submission.

9. Dr. Smith worked with Ms. Levin and her Accountant, Earl Clairmont for several months, supplying all documents requested by Ms. Levin. Dr. Smith's partner, Reginald Jacques, offered to have the line restructured based on his financial assets and investment portfolio. Ms. Levin secured all of Mr. Jacques's information, however it was rejected by the bank.

10. As can be seen in these attached monthly statements, there was a $25,000 penalty improperly placed on Dr. Smith's account with BB&T. (See Exhibits A - BB&T Maturity Letter and Monthly Statements).

11. Further, this information was brought to the attention of Kelly King, the CEO of BB&T, and Dr. Smith reported this incident in a complaint to the CFPB for unfair lending practices by BB&T. (See Exhibit B – letter to Kelly King).

12. That letter clearly shows that BB&T was made aware of the issue yet proceeded with the improper foreclosure action any way.

13. Further, the penalty was **only** removed after Dr. Smith sent the letter to Mr. King. (See Exhibits A - BB&T Maturity Letter and Monthly Statements).

14. Dr. Smith had been an excellent and valued customer of National Penn Bank and of BB&T for many years.

15. BB&T inherited an honorable customer who deserved their consideration for her many years of loyalty and responsibility to her financial obligations.

16. Dr. Smith has a home that has an abundance of equity to cover her request to keep the line as it was or restructure it with a 30-year mortgage.

17. When Dr. Smith was in the ICU at Lankenau Hospital in October 2016, upon discharge from the hospital, Dr. Smith entered in an intensive outpatient program for people with traumatic brain injury for over 18 months, and was transferred to additional outpatient treatment and care at Moss Rehabilitation Center in Philadelphia, and Elkins Park, PA. and Dr. Smith remains currently in treatment for her traumatic brain injury.

18. With full responsibility, she paid her line on time without exception.

19. Dr. Smith received two letters from BB&T dated July 12, 2017, returning portions of her payments.

20. One payment was in the amount of $1,007.13, and the second payment was in the amount of $563.76.

21. Both of the BB&T letters stated that the payments had been returned due to the account being placed in foreclosure.

22. With physical damage from two catastrophic car accidents, Dr. Smith continued to perform and rely on the BB&T line and her Citizens line which is now lost because of the malicious actions of BB&T.

23. Dr. Smith paid National Penn, BB&T and Citizens without fail or interruption and is now suffering for BB&T's actions.

24. The underlying Foreclosure that started the issues was filed by Defendant attorneys on October 13, 2017 at Docket number 171001672 in Philadelphia Court of Common Pleas. (see Exhibit C – Docket).

25. A case management order was issued on October 13, 2017 and a conciliation conference was scheduled for December 21, 2017.

26. Service was allegedly made on December 17, 2017.

27. The case was then listed for a case management conference on May 4, 2018.

28. The case was then remanded to the mortgage conciliation program and scheduled for a mandatory conference on June 28, 2018.

29. After attending that conference with her attorney and per order signed June 28, 2018, Dr. Smith had the second conciliation conference scheduled for September 6, 2018.

30. However, prior to that time, the case was discontinued on July 26, 2018.

31. Robert Gallo, the Citizens representative who will be discussed more later, had been informed of this, however, the damage to Dr. Smith's credit had been done and to date, has not been repaired after this improper Foreclosure was filed.

32. In May, 2018, as part of the process to try and resolve the BB&T issue and the egregious harm BB&T caused to Dr. Smith's credit, Dr. Smith and her Partner applied to Santander for a Home Equity Line of Credit in an attempt to modify the loan to bring it current.

33. This was denied, and the reasons given include a reduced credit score of 693, and also that BB&T has reported that the HELOC has been closed "requested by consumer", with no payments being made since May, 2017.

34. This is incorrect, as Dr. Smith did not request the line to be closed, and was continuing to make payments.

35. The Loan from Citizens Bank origination date of Agreement was December 11, 2002 with Citizens Bank, Business Line of Credit for Ordered Steps International, Inc.

36. The Line was in good standing for 15 years, through July 4, 2017 and Dr. Smith depended on this Line for her business operations.

37. Plaintiff and her partner were out of the country on vacation, and it was the first vacation in 11 years for Dr. Smith, since both of her automobile accidents.

38. Plaintiff and her partner returned from vacation mid-July, and her concussion symptoms escalated which delayed seeing the letters from Citizens, although payments were made on time, and Plaintiff and her partner did not see or were made aware of the Citizens correspondence of July 4th or July 31st, or August 18th, until September 13th, 2017, when Dr. Smith finally spoke with Marni Lawson, of Citizens Business Credit Services.

39. On September 13, 2017, Call #1, Dr. Smith who was in shock, spoke to Ms. Lawson asking why the line of 15 years was being cancelled and closed, and why Citizens was threatening to call the full balance as due.

40. Ms. Lawson informed Dr. Smith that her credit was pulled as a routine procedure and it was discovered that BB&T had her in foreclosure for her Scotforth Road property at case number 171001672 in the Philadelphia Court of Common Pleas.

41. Dr. Smith informed Ms. Lawson that Plaintiff and her partner were working with Univest to pay off the BB&T loan and to please not close her business line with Citizens.

42. On October 20, 2017, Call #2, Dr. Smith spoke with Ms. Lawson regarding an update that the Univest financing could not be done through a business line, and that Dr. Smith was seeking alternative financing.

43. Ms. Lawson said she would give Dr. Smith until the end of November to update her, and if she needed additional time to let her know.

44. Call #3 was on November 30, 2017, Dr. Smith spoke with Ms. Lawson about meeting with BB&T's lawyers (defendant lawyers) on December 21, 2017.

45. Dr. Smith told Ms. Lawson that Univest was unable to refinance the debt and would not go into third position.

46. Ms. Lawson told Dr. Smith to update her when it was paid in January, 2018, to send her written confirmation, and until then continue to pay the monthly payments to Citizens.

47. Call #4 was on January 8, 2018, Dr. Smith spoke with Ms. Lawson and updated her on the December 21, 2017 BB&T meeting, (attended by Dr. Smith, her partner and Doria Sutton, Esq.) that Plaintiff and her partner were working within and without the BB&T system to relieve this, and that Attorney Sutton was working with their legal back office to see how to resolve this fairly and swiftly.

48. Dr. Smith was to update Ms. Lawson on February 20, 2018, whether there was any resolution.

49. Dr. Smith was unable to call Ms. Lawson due to having a severe concussion flare-up.

50. Call #5 was on March 23, 2018 to Ms. Lawson, who said she had to turn Dr. Smith's account over to Robert Gallo in the Work Out Group, and that she was sorry that she was no longer able to keep open the account, and that Mr. Gallo would now assist her.

51. Ms. Lawson told Dr. Smith that once she passed the situation over to the group/department, she was no longer allowed to speak with Dr. Smith regarding her account.

52. Call #6 was to Robert Gallo, immediately after hanging up with Ms. Lawson, Dr. Smith explained everything to him regarding BB&T.

53. Mr. Gallo asked what happened to Univest refinancing the line.

54. Dr. Smith explained that they would not go in 3rd position.

55. Mr. Gallo stated he would give Dr. Smith an additional 1-2 weeks to provide him with a letter from BB&T stating that it had reported in error about being in foreclosure for non-payment, and that BB&T was working to rectify the situation.

56. This is the only thing that could be done to stop Plaintiff's business line at Citizens from being permanently closed, termed out, and called for the full amount due.

57. Mr. Gallo said that if he did not receive the letter within the next week, that while he may have been able to delay a bit longer, he would have to move forward to close the line permanently.

58. Mr. Gallo stated he would email Dr. Smith specific details about the loan being closed.

59. He asked what Ordered Steps International Inc., did and Dr. Smith told him that it was the training arm of her business.

60. During the months that Citizens and Dr. Smith were waiting for BB&T to remove the foreclosure status, restore her credit score of over 800, and provide a letter to Citizens, Mr. Gallo said he would keep the monthly payments in place, and try to make them as manageable as possible.

61. Mr. Gallo said that Dr. Smith was already paying principal and interest payments and should continue to make the payments until a loan modification agreement was entered.

62. Mr. Gallo knew that Dr. Smith's goal was to provide him with the letter from BB&T, to save the 16-year-old business line.

63. Dr. Smith and Mr. Gallo communicated extensively via email between March 23, 2018 and August 16, 2018 regarding these issues.

64. Then finally, in October, 2018 Citizen's closed Dr. Smith's business line of credit after 16 years in great standing for one reason only; that BB&T reported the foreclosure and lowered her credit score. (See Exhibit D – Citizens Bank Cancellation of Business Line of Credit Letter)

65. Santander has now denied Plaintiff and her partner for the second time because of BB&T's reporting of active foreclosure and now the "new" and unexplained status of the HELOC being closed "requested by consumer" which is incorrect. (See Exhibit E Santander Denial email and letter 10-23-18 and 10-26-18).

66. A CFPB (Consumer Financial Protection Bureau) complaint was filed over this issue on August 1, 2017, however, to date no resolution has occurred (See Exhibit F – CFPB Complaint.)

67. Dr. Smith's credit score was over 800 before this all started, and now it is below 700. (See Exhibits G, H and I Credit reports from July, 2017, September, 2018 and from January 23, 2019.)

## COUNT ONE – BB&T and ATTORNEY DEFENDANTS
## FDCPA VIOLATION - UNLAWFUL FORECLOSURE

1. Plaintiff hereby incorporates by reference all preceding paragraphs as if set forth at length herein.

2. Pursuant to 10 Pa. Code § 48.3(1), (2), " A dishonest practice or conduct is characterized by a lack of truth, honesty or trustworthiness, or is deceptive or implies a willful perversion of the truth to deceive, cheat, or defraud. A fraudulent practice or conduct is characterized by deceit or trickery, an intentional perversion of the truth to induce another to part with something of value or to surrender a legal right, or an act of deceiving or misrepresenting. Fraud also includes any other definition of fraud under applicable law."

3.   In this case, all defendants have performed several acts that fall into those definitions.

4.   Further, through various actions enumerated in this complaint, they have also violated 2010 Pa Code Title 18 § 4911 "A person commits an offense if he: (1) knowingly makes a false entry in, or false alteration of, any record, document or thing belonging to, or received or kept by, the government for information or record, or required by law to be kept by others for information of the government; (2) makes, presents or uses any record, document or thing knowing it to be false, and with intent that it be taken as a genuine part of information or records referred to in paragraph (1) of this subsection; or (3) intentionally and unlawfully destroys, conceals, removes or otherwise impairs the verity or availability of any such record, document or thing.

5.   The FDCPA applies to foreclosure collection actions such as the one brought in this case *Kaymark v. Bank of America NA*, No. 14-1816 (3d Cir. 2015).

6.   As stated in the recent case, *Tepper v Amos*, No. 17-2851 3rd Cir., Aug. 7, 2018, The Court discussed the "default" test and ultimately chose to say that, based on the Supreme court case of Henson v. Santander Consumer USA Inc., 137 S. Ct. 1718 (2017), it would no longer apply.

7.   Instead, the court chose to follow the plain text of the statute: "an entity whose principal purpose of business is the collection of any debts is a debt collector regardless whether the entity owns the debts it collects. Id.

8.   Further, the FDCPA is a "remedial legislation" aimed, as already noted, "to eliminate abusive debt collection practices by debt collectors." *Kaymark v. Bank of Am.*, N.A., 783 F.3d 168, 174 (3d Cir. 2015) (quoting § 1692(e); Caprio v. Healthcare Revenue Recovery Grp., LLC, 709 F.3d 142, 148 (3d Cir. 2013)).

9.  Importantly, it applies only to "debt collectors," *Pollice v. Nat'l Tax Funding, L.P.*, 225 F.3d 379, 403 (3d Cir. 2000), defined as any person: (1) "who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts" (the "principal purpose" definition); or (2) "who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another" (the "regularly collects for another," or "regularly collects," definition).1 § 1692a(6).

10. Further, and most importantly, "The FDCPA is a strict liability statute to the extent that it imposes liability without proof of an intentional violation." *Allen ex. rel, Martin v. LaSalle Bank, N.A.*, 629 F.3d 364, 368 (3d Cir. 2011).

11. As stated previously, the Supreme Court, in *Henson v. Santander Consumer USA Inc.*, 137 S. Ct. 1718 (2017), has recently repealed the "default" test.

12. Debtors claimed that Santander Bank, which had purchased their loans already in default and attempted to collect on them, met the second definition of "debt collector," i.e., one who "regularly collects or attempts to collect . . . debts owed or due . . . another." *Id.* at 1721 (quoting § 1692a(6)).

13. They asserted as well that the Bank met the "principal purpose" definition, but the Court did not review that claim because it was not litigated in the District Court. *Id.*

14. The Supreme Court began "with a careful examination of the statutory text," in particular the definition's limitation to debts "owed . . . another." *Id.*

15. It reasoned that "by its plain terms this language seems to focus our attention on third party collection agents working for a debt owner—not on a debt owner seeking to collect debts for itself." *Id.*

16. This language does not suggest that "whether the owner originated the debt or came by it only through later purchase" determines if it is a debt collector. Id.

17. "All that matters is whether the target of the lawsuit regularly seeks to collect debts for its own account or does so for 'another.'" Id.

18. Hence the Bank, which collected debts for its own account, did not meet the "regularly collects for another" definition. Id. at 1721–22. The Court also addressed the suggestion that everyone who attempts to collect debt is either a "debt collector" or a "creditor" with respect to a particular debt, but cannot be both. Id.

19. "[S]potting (without granting) th[at] premise," it stated that a company such as the Bank, which collects on debt it purchased for its own account, "would hardly seem to be barred from qualifying as a creditor under the statute's plain terms." Id.

20. But excluded from the definition of "creditor" are those who acquire a debt after default when the debt is assigned or transferred "solely for the purpose of facilitating collection of such debt for another." Id. (quoting § 1692a(4)).

21. As to the RESPA claim, the court makes clear in *Bukowski v. Wells Fargo*, that if a loan servicer fails to abide by its borrower inquiry obligations, RESPA allows a plaintiff to recover two types of damages. *Bukowski v. Wells Fargo*, No. 17-3253 3rd Cir., December 13, 2018.

22. First, the borrower may recover actual damages if he or she proves that (1) the loan servicer violated a particular RESPA requirement and (2) actual damages were sustained "as a result of the failure." 12 U.S.C. § 2605(f)(1)(A). *See also Renfroe v. Nationstar Mortg., LLC*, 822 F.3d 1241, 1246 (11th Cir. 2016) (*citing Turner v. Beneficial Corp.*, 242 F.3d 1023, 1028 (11th Cir.2001) (en banc) (noting that "there must be a 'causal link' between the alleged

[RESPA] violation and the damages"). Second, a borrower may seek statutory damages up to $2,000 if the damages are based on "a pattern or practice of noncompliance. . . ." 12 U.S.C. § 2605(f)(1)(B).

23.    BB&T and Attorney Defendants knew, should have known, and willfully commenced a foreclosure debt collection action in the State Court as stated above.

24.    The Defendants' conduct was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, damages, and harm to Plaintiff that are outlined more fully above and, as a result, Defendants are liable to compensate Plaintiff for the full amount of actual, compensatory, and punitive damages, as well as other such relief, as permitted by law.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff request that this Court enter judgment in their favor and against Defendants, as follows:

a.    Awarding Plaintiff actual damages against Defendants;
b.    Awarding Plaintiff damages for emotional distress against Defendants;
c.    Awarding Plaintiff attorneys' fees and costs against Defendants;
d.    Awarding Plaintiff punitive damages against Defendants;
e.    Imposing any other appropriate monetary sanctions against Defendants; and
f.    Any other relief that this Court deems just and proper.

### COUNT TWO - BB&T
### BREACH OF CONTRACT

25.    Plaintiff hereby incorporate by reference all preceding paragraphs as if set forth at length herein.

26.    In Pennsylvania, a breach of contract action involves (1) the existence of a contract, (2) a breach of a duty imposed by the contract, and (3) damages. J.F. Walker Co., Inc. v. Excalibur Oil Group, Inc.,792 A.2d 1269 (Pa.Super.2002).

27. In a breach of contract action, damages are awarded to compensate the injured party for loss suffered due to the breach. *Maxwell v. Schaefer*, 381 Pa. 13, 21, 112 A.2d 69, 73 (1955); *Harman v. Chambers*, 358 Pa. 516, 521, 57 A.2d 842, 845 (1948); *Mancini v. Morrow,* 312 Pa.Super. 192, 204, 458 A.2d 580, 586 (1983).

28. The purpose of damages is to put the plaintiff in the position he or she would have been in but for the breach. Id.

29. The measure of recovery and the method of evaluation that are adopted should in every case be so adjusted as to attain as nearly as possible the purpose of our system of remedial justice. Id.

30. At all times relevant and material hereto the Defendants did breach the contractual terms of the loan (contract).

31. BB&T did so by improperly putting a $25,000.00 penalty on Plaintiff's account.

32. Then, they improperly moved forward with a Foreclosure Complaint.

33. This caused the aforementioned damages.

**WHEREFORE,** the Plaintiff demand judgment against all Defendants, individually, jointly and severally for damages, interests and costs of suit including:

    a. Punitive and/or treble damages;

    b. Damages as permitted by statute;

    c. Counsel fees;

    d. All other relief this Court deems necessary and just.

## COUNT THREE - CITIZENS BANK
## BREACH OF CONTRACT

34. Plaintiff hereby incorporate by reference all preceding paragraphs as if set forth at length herein.

35.     In Pennsylvania, a breach of contract action involves (1) the existence of a contract, (2) a breach of a duty imposed by the contract, and (3) damages. J.F. Walker Co., Inc. v. Excalibur Oil Group, Inc.,792 A.2d 1269 (Pa.Super.2002).

36.     In a breach of contract action, damages are awarded to compensate the injured party for loss suffered due to the breach. *Maxwell v. Schaefer*, 381 Pa. 13, 21, 112 A.2d 69, 73 (1955); *Harman v. Chambers*, 358 Pa. 516, 521, 57 A.2d 842, 845 (1948); *Mancini v. Morrow,* 312 Pa.Super. 192, 204, 458 A.2d 580, 586 (1983).

37.     The purpose of damages is to put the plaintiff in the position he or she would have been in but for the breach. Id.

38.     The measure of recovery and the method of evaluation that are adopted should in every case be so adjusted as to attain as nearly as possible the purpose of our system of remedial justice. Id.

39.     At all times relevant and material hereto the Defendants did breach the contractual terms of the loan (contract).

40.     Citizens Bank did so by canceling the line of credit based on false pretenses.

41.     To their credit, they did try to work with Dr. Smith, and those pretenses were almost exclusively the fault of BB&T, but Citizens Bank still should have kept the line open, since it had received all of the facts of these issues.

42.     This caused the aforementioned damages and specifically put Dr. Smith in an incredibly difficult financial position through no fault of her own and only through the malicious defamation of her credit report, even though she was current up to that time of the review by Citizens Bank.

**WHEREFORE,** the Plaintiff demand judgment against all Defendants, individually, jointly and severally for damages, interests and costs of suit including:

      e.  Punitive and/or treble damages;

      f.  Damages as permitted by statute;

      g.  Counsel fees;

      h.  All other relief this Court deems necessary and just.

## COUNT FOUR – BB&T and ATTORNEY DEFENDANTS
## RESPONDEAT SUPERIOR

43.    Plaintiff hereby incorporates by reference all preceding allegations as if fully set forth at length herein.

44.    At all material times hereto, Defendant(s) Specialized Loan Servicing LLC and/or BRANCH BANKING AND TRUST COMPANY was the employer of McCabe, Weisberg & Conway, LLC.

45.    The established doctrine of respondeat superior provides that an employer is obligated to persons harmed by employees acting in the course of their employment.

46.    Pennsylvania follows the general rule that "a master is liable for the torts of his servant if the servant's tortious conduct was within the scope of his employment." Johnson v. Glenn Sand and Gravel, 453 A.2d 1048 (Pa. Super. 1982); Chuy v. Philadelphia Eagles Football Club, 595 F.2d 1265 (3rd Cir. 1979); Mauk v. Wright, 367 F. Supp. 961 (M.D.Pa., 1973); Smalich v. Westfall, 269 A.2d 476 (Pa. 1970); Ferrell v. Martin, 419 A.2d 152 (Pa. Super. 1980).

47.   The determination of the precise nature of the relationship and the scope of employment is generally within the exclusive province of the jury. Norton v. Railway Express Agency, Inc., 412 F.2d 112 (3d Cir. 1969); Mauk v. Wright, 367 F. Supp. 961 (M.D.Pa. 1973); Anzenberger v. Nickols, 198 A.2d 309 (Pa. 1964); Schneider v. Albert Einstein Medical Center, 390 A.2d 1271 (Pa. Super. 1978).

48.   To maintain an action in negligence, a plaintiff must establish that the defendant (1) owed a duty of care to the plaintiff, (2) that the defendant failed to perform the duty of care, (3) the failure was the proximate cause of the plaintiff's damages, and (4) the plaintiff sustained an actual loss or injury.

49.   In this case, the above facts and court pleadings show all the factors have been met.

50.   As can be seen, there is a strong case for Respondeat Superior and as such, the employer(s) should be held responsible.

   **WHEREFORE,** the Plaintiff demand judgment against all Defendants, individually, jointly and severally for damages, interests and costs of suit including:

   i.   Punitive and/or treble damages;

   j.   Damages as permitted by statute;

   k.   Counsel fees;

   l.   All other relief this Court deems necessary and just.

### COUNT FIVE – BB&T and ATTORNEY DEFENDANTS
### VIOLATION OF THE PENNSYLVANIA'S UNFAIR TRADE PRACTICES AND
### CONSUMER PROTECTION LAW (UTPCPL), 73 PA. C.S. § 201-1 ET SEQ.

51.   Plaintiff hereby incorporate by reference all preceding paragraphs as if set forth at length herein.

52.   Those incorporated actions are sufficient to constitute both fraud and deceptive conduct.

53.   At all times relevant and material hereto the Plaintiff were consumers of the Defendants goods and services and as such the conduct of the Defendants and the transaction was governed by the Pennsylvania's Unfair Trade Practices and Consumer Protection Law (UTPCPL), 73 Pa. C.S. § 201-1 et seq.,

54.   The actions of the Defendants, individually and/or jointly, were performed in direct contradiction to their promises of superior services and conduct, but instead for their own financial self-interests, in detriment to the rights and position of the Plaintiff.

   **WHEREFORE,** the Plaintiff demand judgment against all Defendants, individually, jointly and severally for damages, interests and costs of suit including:

   a.   Punitive and/or treble damages;

   b.   Damages as permitted by statute;

   c.   Counsel fees;

   d.   All other relief this Court deems necessary and just.

## COUNT SIX– BB&T and ATTORNEY DEFENDANTS
## DEFAMATION

55.   Plaintiffs hereby incorporate by reference all preceding allegations as if fully set forth at length herein.

56.   At all times relevant herein, Defendants had published statements both orally and through writing to various credit reporting agencies, collection agencies, and/or attorneys that are false and negative representations concerning Plaintiff's credit information and history.

57.   At a minimum, Defendants had published these statements each time Plaintiff had reached out to Defendants and each time other credit reporting agencies reached out to Defendants

and each time a credit reporting agency has reinvestigated any dispute raised by Plaintiffs, including but not limited to, the disputes identified herein.

58.   The statements made by Defendants are false, as Plaintiff never actually defaulted on any debt that she owed to Defendants.

59.   Defendants have published these statements to a number of credit reporting agencies, including the three major credit bureaus.

60.   Defendants knew, or should have known, that the statements that it made were false when made and that it had no factual basis for making the statements that it did, as Plaintiffs had notified Defendants that the statements were false for the aforementioned reasons and, nevertheless, Defendants continued to publish such statements up to and through the present time.

61.   The written statements and publications are libel per se.

62.   The oral statements and publications are slander per se.

63.   In addition, and despite the repeated notices from Plaintiff, Defendants have acted with malice by failing to communicate the information provided to it by Plaintiffs to credit reporting agencies when responding to the reinvestigation attempts of such credit reporting agencies.

64.   The conduct of Defendants was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, damages, and harm to Plaintiffs that are outlined more fully above and, as a result, Defendants are liable to compensate Plaintiffs for the full amount of actual, compensatory, and punitive damages, as well as other such relief, as permitted by law.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs requests that this Court enter judgment in their favor and against Defendants, as follows:

a. Awarding Plaintiffs actual damages against Defendants;
b. Awarding Plaintiffs damages for emotional distress against Defendants;
c. Awarding Plaintiffs attorneys' fees and costs against Defendants;
d. Awarding Plaintiffs punitive damages and treble damages against Defendants;
e. Imposing any other appropriate monetary sanctions against Defendants; and
f. Any other relief that this Court deems just and proper.

**COUNT SEVEN – ALL DEFENDANTS**
**VIOLATION OF REAL ESTATE SETTLEMENT PROCEDURES ACT 12 USC Section 2601 et seq and 12 CFR Part 1024 (Regulation X) - EMOTIONAL DISTRESS PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT**

65. Plaintiff hereby incorporate by reference all preceding paragraphs as if set forth at length herein.

66. The actual damages portion of RESPA can be interpreted in a manner similar to the Fair Debt Collection Practices Act ("FDCPA"). *Geoffrion v. Nationstar Mortg. LLC*, 182 F. Supp. 3d 648, 664 (E.D. Tex. 2016). n.8 (*citing McLean v. GMAC Mortg. Corp.*, 595 F. Supp. 2d 1360, 1370 (S.D. Fla. 2009), aff'd, 398 Fed. App'x 467 (11th Cir. 2010)).

67. Plaintiff may therefore establish emotional damages under RESPA via their own testimony. *Geoffrion*, 182 F. Supp. 3d at 666 n.8 (citations omitted) (rejecting defendant's argument that plaintiffs could not recover mental anguish damages due to lack of expert testimony or health record evidence); see also Guajardo v. GC Servs., LP, 498 Fed. App'x 379, 385 (5th Cir. 2012) (finding sufficient evidence to support award of damages for mental anguish and emotional distress under FDCPA even where jury heard contradictory proof from plaintiff).

68. "[o]f the circuits that have addressed the issue, two have indicated that emotional distress damages should be allowed, while no circuit appears to have ruled that emotional damages are not allowed." *Geoffrion*, 182 F. Supp. 3d at 663 (*citing Houston v. U.S. Bank Home Mortg. Wisconsin Servicing*, 505 Fed. App'x 543, 548, 548 n.6 (6th Cir. 2012) and *Catalan v. GMAC Mortg. Corp.*, 629 F.3d 676, 696 (7th Cir. 2011)).

69. In *Houston,* the Sixth Circuit stated that it found "nothing in the text of § 2605(f), or in RESPA more broadly, to preclude 'actual damages' from including emotional damages, provided that they are adequately proven." 505 Fed. App'x at 548 (holding that genuine issue of material fact existed regarding whether defendant caused plaintiff to suffer emotional damages under RESPA where plaintiff averred that she experienced "stress, mental anguish, embarrassment, and humiliation.").

70. Here, based on the aforementioned facts, Plaintiff has presented more than enough evidence for emotional damages caused by Defendants in this matter.

71. Both BB&T and eventually Citizens Bank caused Dr. Smith tremendous financial hardship, which resulted in a further deterioration of her already tenuous position to begin with.

72. This caused incredible emotional distress, which further exacerbated Dr. Smith's physical ailments as well as discussed above.

**WHEREFORE,** the Plaintiff demand judgment against all Defendants, individually, jointly and severally for damages, interests and costs of suit including:

        a.   Punitive and/or treble damages;

        b.   Damages as permitted by statute;

        c.   Counsel fees;

d.  All other relief this Court deems necessary and just.

## COUNT EIGHT – BB&T and ATTORNEY DEFENDANTS
### VIOLATION OF THE FCRA

73.  Plaintiffs hereby incorporate by reference all preceding allegations as if fully set forth at length herein.

74.  Defendants have violated the Fair Credit Reporting Act (the "FCRA"), 15 U.S.C. § 1681, et seq.

75.  At all times pertinent hereto, Defendants was a "person" as that term is defined by 15 U.S.C. § 1681a(b).

76.  During the course of the issues in this matter, Defendants reported false and derogatory information to a number of credit reporting agencies regarding Dr. Smith's account.

77.  Plaintiffs contacted Defendants on a number of occasions to dispute any derogatory information that was reported.

78.  Despite Plaintiff's concerns, however, Defendants ignored those concerns and continued to report false and derogatory information to numerous credit reporting agencies.

79.  Thus, Defendants violated sections 1681n and 1681o of the FCRA by engaging in the following conduct:

 a.  willfully and negligently reporting false derogatory information to various credit reporting agencies regarding Plaintiff's account;

 b.  willfully and negligently failing to conduct an investigation of the inaccurate information that Plaintiff disputed;

 c.  willfully and negligently failing to review all relevant information concerning Plaintiff's account provided to Defendants;

 d.  willfully and negligently failing to report the results of investigations to the relevant consumer reporting agencies;

 e.  willfully and negligently failing to report the inaccurate status of the inaccurate information to all credit reporting agencies;

 f.  willfully and negligently failing to properly participate, investigate, and comply with the reinvestigations that were conducted by any and all credit

reporting agencies concerning the inaccurate information disputed by Plaintiffs;

g. willfully and negligently failing to provide any and all credit reporting agencies with the factual information and evidence that Plaintiff submitted to Defendants, and which proved that the information concerning Plaintiff's credit reports was inaccurate;

h. willfully and negligently continuing to furnish and disseminate inaccurate and derogatory credit, account, and other information concerning Plaintiffs to the credit reporting agencies and other entities; and

i. willfully and negligently failing to comply with the requirements imposed on furnishers of information pursuant to 15 U.S.C. § 1581s-2(b).

80. Defendants' conduct was a direct and proximate cause, as well as a substantial factor, in causing the serious injuries, damages, and harm to Plaintiffs in this matter.

81. Accordingly, Defendants has violated the FCRA and Plaintiffs is entitled to relief herein.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs requests that this Court enter judgment in their favor and against Defendants, as follows:

a. Awarding Plaintiffs actual damages against Defendants;

b. Awarding Plaintiffs damages for emotional distress against Defendants;

c. Awarding Plaintiffs attorneys' fees and costs against Defendants;

d. Awarding Plaintiffs punitive damages and treble damages against Defendants;

e. Imposing any other appropriate monetary sanctions against Defendants; and

f. Any other relief that this Court deems just and proper.

Dated:

/s/ Joshua Thomas

Joshua L. Thomas & Associates, PLLC
Joshua L. Thomas, Esq.
Supreme Court ID No. 312476
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA 19317
Phone:215-806-1733
Fax: 888-314-8910
E-mail: JoshuaLThomas@gmail.com

# EXHIBIT A



**Branch Banking and Trust Company**

BB&T DRL LMU/ Mortgage Loan Default
Mailcode: 527-99-03-40
7701 Airport Center Drive
Greensboro, NC 27409
Main (866) 909-4852

August 23, 2017

Robin L Smith
PO Box 4061
Philadelphia PA 19118

Re: 92807733416001
Matured Equity Line of Credit

Dear Dr. Smith:

BB&T has received your letter requesting assistance with your matured line of credit. In your letter you reported your dissatisfaction with the servicing of your loan. The line of credit matured December, 2016.

Upon receipt, the request was forwarded to our Mortgage Default group for review and research. The result of our research follows below:

- Monthly statements were mailed to your PO Box address each month and these statements reported the matured line status with full balance due beginning with the statement dated January 13, 2017
- A request to modify the line of credit was approved with a 15 year amortization contingent on verification of cash flow or source of funds to meet the debt obligation.
- You declined the terms of the modification.
- After repeated attempts, BB &T was unable to obtain documentation to support the ability to repay the loan through ongoing cash flow, pending sale of an asset sufficient to cover the debt or other source of assistance.
- The late fee assessed for the matured line has been waived by the bank.
- A credit dispute request has been submitted to the CBI reporting group to research. BB&T will notify CBI agencies if any errors have occurred in reporting.
- A copy of maturing line notice has been included.
- A refinance of the debt is the only option available at this time.

Sincerely

DRL/ Mortgage Default Group



November 5, 2016

8200 5118510 001-93-01-15      E
ROBIN L SMITH
PO BOX 4061
PHILADELPHIA, PA 19118-8061

Dear ROBIN L SMITH:

**Your BB&T Home Equity Line of Credit xxxxxxxxx16001 is set to mature on 12/15/2016.** Upon maturity, as stated in the terms and conditions of your line of credit agreement, funds cannot be advanced from your account after the date listed above. Please be aware your payment may change at maturity as well. Our lines of credit have several default repayment structures such as a minimum monthly payment of 2.5 % of the balance or $100, whichever is greater, or a pay-in-full repayment term at maturity. Please check your original agreement or speak with a local loan officer to identify your repayment structure after your line maturity date.

We want to remind you for the past several years your BB&T Home Equity Line of Credit has provided an easily accessible source of funds that could be used for any financial need you encountered.   We are committed to providing you with proactive, consultative service, and we would love the opportunity to talk with you about the lending options at BB&T.

Please contact the loan specialist at the financial center below.   We will be happy to answer any questions you have or discuss any other products and solutions that may be of benefit to you.   Thank you for banking with BB&T.

Sincerely,
Retail Loan Specialist
PHILADELPHIA - ONE PENN CENTER
215-448-9620

BB&T, Member FDIC and Equal Housing Lender 🏠.  Loans subject to credit approval.

2398

# BB&T

**Enjoy stress free account management!**

BB&T offers several ways to manage your account, including BB&T OnLine®, BB&T Phone24 (1-800-BANK BBT), and BB&T ATMs.

With BB&T OnLine, you can check balances, transfer funds between accounts, monitor your daily transaction activity, pay bills and much more.  To sign up for BB&T OnLine, visit BBT.com today or call 1-800-BANK BBT (1-800-226-5228).



PLACE
STAMP
HERE

BB&T Phone24
2586 James B White Hwy
Whiteville NC 28472-8974

☐   I would like to learn more about BB&T OnLine.

Best time to call: _____



||||||||||||||||||||||||||||||||||||||||||||||

ILPASTDU  1799

| | | | |
|---|---|---|---|
| Account: | ******3341-6001 | Date: | February 22, 2017 |
| Amount Due: | $245,631.25 | Total Due: | $270,194.37 |
| Unpaid Interest: | $0.00 | Interest Rate: | 5.00000% |
| Unpaid Late Charges: | $24,563.12 | Daily Interest: | $33.63 |
| | | Current Late Charge: | $20.00 |

According to our records, your loan payment is past due.  If payment has already been made, please accept this notice as a thank you.  Please understand if we do not receive your payment promptly, your delinquency could be reported to the credit bureau.

If your loan is secured by your home, please call HUD at 1-800-569-4287 for homeowner counseling.  If you have questions about your past due status, please call 1-800-222-1913.

Thank you for your prompt attention to this matter.

⌂ Equal Housing Lender.  Member FDIC.

# BB&T

**Enjoy stress free account management!**

BB&T offers several ways to manage your account, including BB&T OnLine®, BB&T Phone24 (1-800-BANK BBT), and BB&T ATMs.

With BB&T OnLine, you can check balances, transfer funds between accounts, monitor your daily transaction activity, pay bills and much more. To sign up for BB&T OnLine, visit BBT.com today or call 1-800-BANK BBT (1-800-226-5228).

☐  I would like to learn more about BB&T OnLine.

Best time to call: _____

PLACE STAMP HERE

BB&T Phone24
2586 James B White Hwy
Whiteville NC 28472-8974

ILPASTDU   1641

| | | |
|---|---|---|
| Account: | ******3341-6001 | |
| Amount Due: | $246,573.01 | Date: March 22, 2017 |
| Unpaid Interest: | $0.00 | Total Due: $270,288.54 |
| Unpaid Late Charges: | $23,715.53 | Interest Rate: 5.00000% |
| | | Daily Interest: $33.63 |
| | | Current Late Charge: $104.26 |

According to our records, your loan payment is past due. If payment has already been made, please accept this notice as a thank you. Please understand if we do not receive your payment promptly, your delinquency could be reported to the credit bureau.

If your loan is secured by your home, please call HUD at 1-800-569-4287 for homeowner counseling. If you have questions about your past due status, please call 1-800-222-1913.

Thank you for your prompt attention to this matter.

 Equal Housing Lender.  Member FDIC.

# BB&T

**Enjoy stress free account management!**

BB&T offers several ways to manage your account, including BB&T OnLine®, BB&T Phone24 (1-800-BANK BBT), and BB&T ATMs.

With BB&T OnLine, you can check balances, transfer funds between accounts, monitor your daily transaction activity, pay bills and much more. To sign up for BB&T OnLine, visit BBT.com today or call 1-800-BANK BBT (1-800-226-5228).

☐  I would like to learn more about BB&T OnLine.

Best time to call: _____



PLACE
STAMP
HERE

BB&T Phone24
2586 James B White Hwy
Whiteville NC 28472-8974



ILPASTDU   5305

| Account: | ******3341-6001 | Date: | April 21, 2017 |
|---|---|---|---|
| Amount Due: | $247,615.68 | Total Due: | $270,392.80 |
| Unpaid Interest: | $0.00 | Interest Rate: | 5.00000% |
| Unpaid Late Charges: | $22,777.12 | Daily Interest: | $33.63 |
| | | Current Late Charge: | $100.90 |

According to our records, your loan payment is past due. If payment has already been made, please accept this notice as a thank you. Please understand if we do not receive your payment promptly, your delinquency could be reported to the credit bureau.

If your loan is secured by your home, please call HUD at 1-800-569-4287 for homeowner counseling. If you have questions about your past due status, please call 1-800-222-1913.

Thank you for your prompt attention to this matter.

🏠  Equal Housing Lender.  Member FDIC.

# BB&T

**Enjoy stress free account management!**

BB&T offers several ways to manage your account, including BB&T OnLine®, BB&T Phone24 (1-800-BANK BBT), and BB&T ATMs.

With BB&T OnLine, you can check balances, transfer funds between accounts, monitor your daily transaction activity, pay bills and much more. To sign up for BB&T OnLine, visit BBT.com today or call 1-800-BANK BBT (1-800-226-5228).

☐ I would like to learn more about BB&T OnLine.

Best time to call: _____



BB&T Phone24
2586 James B White Hwy
Whiteville NC 28472-8974

PLACE
STAMP
HERE

ILPASTDU  1635

| Account: | ******3341-6001 | Date: | May 22, 2017 |
|---|---|---|---|
| Amount Due: | $248,624.71 | Total Due: | $270,493.70 |
| Unpaid Interest: | $0.00 | Interest Rate: | 5.00000% |
| Unpaid Late Charges: | $21,868.99 | Daily Interest: | $33.57 |
| | | Current Late Charge: | $56.37 |

According to our records, your loan payment is past due. If payment has already been made, please accept this notice as a thank you. Please understand if we do not receive your payment promptly, your delinquency could be reported to the credit bureau.

If your loan is secured by your home, please call HUD at 1-800-569-4287 for homeowner counseling. If you have questions about your past due status, please call 1-800-222-1913.

Thank you for your prompt attention to this matter.

 Equal Housing Lender, Member FDIC.

# BB&T



**PLACE STAMP HERE**

**Enjoy stress free account management!**

BB&T offers several ways to manage your account, including BB&T OnLine®, BB&T Phone24 (1-800-BANK BBT), and BB&T ATMs.

With BB&T OnLine, you can check balances, transfer funds between accounts, monitor your daily transaction activity, pay bills and much more. To sign up for BB&T OnLine, visit BBT.com today or call 1-800-BANK BBT (1-800-226-5228).

☐   I would like to learn more about BB&T OnLine.

Best time to call: _____

BB&T Phone24
2586 James B White Hwy
Whiteville NC 28472-8974



ILPASTDU   1713

| | | | |
|---|---|---|---|
| Account: | ******3341-6001 | Date: | June 22, 2017 |
| Amount Due: | $249,188.47 | Total Due: | $271,113.83 |
| Unpaid Interest: | $0.00 | Interest Rate: | 5.00000% |
| Unpaid Late Charges: | $21,925.36 | Daily Interest: | $33.57 |
| | | Current Late Charge: | $100.71 |

According to our records, your loan payment is past due. If payment has already been made, please accept this notice as a thank you. Please understand if we do not receive your payment promptly, your delinquency could be reported to the credit bureau.

If your loan is secured by your home, please call HUD at 1-800-569-4287 for homeowner counseling. If you have questions about your past due status, please call 1-800-222-1913.

Thank you for your prompt attention to this matter.

🏠 Equal Housing Lender. Member FDIC.

# BB&T

**Enjoy stress free account management!**

BB&T offers several ways to manage your account,
including BB&T OnLine®, BB&T Phone24
(1-800-BANK BBT), and BB&T ATMs.



PLACE
STAMP
HERE

With BB&T OnLine, you can check balances, transfer
funds between accounts, monitor your daily transaction
activity, pay bills and much more.  To sign up for BB&T
OnLine, visit BBT.com today or call 1-800-BANK BBT
(1-800-226-5228).

BB&T Phone24
2586 James B White Hwy
Whiteville NC 28472-8974

☐  I would like to learn more about BB&T OnLine.

Best time to call: _____





ILPASTDU  5755

| | | |
|---|---|---|
| Account: | \*\*\*\*\*\*3341-6001 | |
| Amount Due: | $250,195.60 | Date: July 21, 2017 |
| Unpaid Interest: | $0.00 | Total Due: $272,221.67 |
| Unpaid Late Charges: | $22,026.07 | Interest Rate: 5.00000% |
| | | Daily Interest: $33.57 |
| | | Current Late Charge: $104.07 |

According to our records, your loan payment is past due.  If payment has already
been made, please accept this notice as a thank you.  Please understand if we do
not receive your payment promptly, your delinquency could be reported to the credit
bureau.

If your loan is secured by your home, please call HUD at 1-800-569-4287 for
homeowner counseling.  If you have questions about your past due status, please
call 1-800-222-1913.

Thank you for your prompt attention to this matter.

⌂  Equal Housing Lender.  Member FDIC.

# BB&T

**Enjoy stress free account management!**

BB&T offers several ways to manage your account, including BB&T OnLine®, BB&T Phone24 (1-800-BANK BBT), and BB&T ATMs.

With BB&T OnLine, you can check balances, transfer funds between accounts, monitor your daily transaction activity, pay bills and much more. To sign up for BB&T OnLine, visit BBT.com today or call 1-800-BANK BBT (1-800-226-5228).

☐  I would like to learn more about BB&T OnLine.

Best time to call: _____

PLACE STAMP HERE

BB&T Phone24
2586 James B White Hwy
Whiteville NC 28472-8974



ILPASTDU   1927

| Account: | ******3341-6001 | Date: | August 22, 2017 |
|---|---|---|---|
| Amount Due: | $251,236.32 | Total Due: | $251,340.39 |
| Unpaid Interest: | $0.00 | Interest Rate: | 5.00000% |
| Unpaid Late Charges: | $104.07 | Daily Interest: | $33.57 |
| | | Current Late Charge: | $104.07 |

According to our records, your loan payment is past due. If payment has already been made, please accept this notice as a thank you. Please understand if we do not receive your payment promptly, your delinquency could be reported to the credit bureau.

If your loan is secured by your home, please call HUD at 1-800-569-4287 for homeowner counseling. If you have questions about your past due status, please call 1-800-222-1913.

Thank you for your prompt attention to this matter.

🏠 Equal Housing Lender.  Member FDIC.

# BB&T

**Enjoy stress free account management!**

BB&T offers several ways to manage your account,
including BB&T OnLine®, BB&T Phone24
(1-800-BANK BBT), and BB&T ATMs.

With BB&T OnLine, you can check balances, transfer
funds between accounts, monitor your daily transaction
activity, pay bills and much more. To sign up for BB&T
OnLine, visit BBT.com today or call 1-800-BANK BBT
(1-800-226-5228).

[ ] I would like to learn more about BB&T OnLine.

Best time to call: _____

PLACE
STAMP
HERE

BB&T Phone24
2586 James B White Hwy
Whiteville NC 28472-8974

ILPASTDU 5713

| | | | |
|---|---|---|---|
| Account: | ******3341-6001 | Date: | September 22, 2017 |
| Amount Due: | $252,277.03 | Total Due: | $252,485.17 |
| Unpaid Interest: | $0.00 | Interest Rate: | 5.00000% |
| Unpaid Late Charges: | $208.14 | Daily Interest: | $33.57 |
| | | Current Late Charge: | $100.71 |

According to our records, your loan payment is past due. If payment has already
been made, please accept this notice as a thank you. Please understand if we do
not receive your payment promptly, your delinquency could be reported to the credit
bureau.

If your loan is secured by your home, please call HUD at 1-800-569-4287 for
homeowner counseling. If you have questions about your past due status, please
call 1-800-222-1913.

Thank you for your prompt attention to this matter.

 Equal Housing Lender. Member FDIC.

# EXHIBIT B

**Dr. Robin L. Smith**

| | |
|---|---|
| **From:** | Dr. Robin L. Smith [drrobin@drrobinsmith.com] |
| **Sent:** | Wednesday, March 01, 2017 2:35 PM |
| **To:** | 'Earl Clairmont' |
| **Cc:** | Deborah Levin (DLevin@BBandT.com); 'Sherry Rider' |
| **Subject:** | Dr. Robin L. Smith - BB&T Home Equity Line |
| | |
| **Importance:** | High |

Hi Earl,

I received a call yesterday from the BB&T call center informing me that my Home Equity Line payment was late. I knew that was impossible as I pay it each month by check. As I inquired further trying to get information from the call center representative, she said that my line had matured. As you know, Greg Miraglia was my private banker, followed by Christopher Reed. I learned only yesterday that both Greg and Chris are no longer with BB&T. I had no idea that Greg and Christopher gone and that my account had not been assigned to a new wealth management advisor.

Debbie Levin was the VP at Sovereign Bank in 2005 and she played a significant role in my jumbo loan/mortgage being approved. Debbie has been with National Penn/BB&T for over 10 years and will be handling my banking needs at BB&T going forward. I met with Debbie this morning at her office in the Chestnut Hill Branch and she said she will handle my the Home Equity Line account.

Please send Debbie:
- Personal Income Statement
- Two years of Income taxes

Please provide Debbie with any additional information she needs to redo/renew my Home Equity Line.

Thank you,

Robin

Dr. Robin L. Smith
FEARLESS WON LLC
Telephone: (215) 790-1160
Email: drrobin@drrobinsmith.com
Website: www.drrobinsmith.com

1

**Dr. Robin L. Smith**

| | |
|---|---|
| **From:** | Dr. Robin L. Smith [drrobin@drrobinsmith.com] |
| **Sent:** | Monday, March 06, 2017 11:39 AM |
| **To:** | 'Sherry Rider' |
| **Cc:** | 'Earl Clairmont'; Lisa Shendge |
| **Subject:** | FW: Dr. Robin L. Smith - BB&T Home Equity Line |

**Importance:** High

Hi Sherry,

I am following up to see if Debbie Levin was forwarded the information she requested.

Thank you,

Dr. Robin

Dr. Robin L. Smith
FEARLESS WON LLC
Telephone: (215) 790-1160
Email: drrobin@drrobinsmith.com
Website: www.drrobinsmith.com

**From:** Dr. Robin L. Smith [mailto:drrobin@drrobinsmith.com]
**Sent:** Wednesday, March 01, 2017 2:35 PM
**To:** 'Earl Clairmont'
**Cc:** Deborah Levin (DLevin@BBandT.com); 'Sherry Rider'
**Subject:** Dr. Robin L. Smith - BB&T Home Equity Line
**Importance:** High

Hi Earl,

I received a call yesterday from the BB&T call center informing me that my Home Equity Line payment was late. I knew that was impossible as I pay it each month by check. As I inquired further trying to get information from the call center representative, she said that my line had matured. As you know, Greg Miraglia was my private banker, followed by Christopher Reed. I learned only yesterday that both Greg and Chris are no longer with BB&T. I had no idea that Greg and Christopher gone and that my account had not been assigned to a new wealth management advisor.

Debbie Levin was the VP at Sovereign Bank in 2005 and she played a significant role in my jumbo loan/mortgage being approved. Debbie has been with National Penn/BB&T for over 10 years and will be handling my banking needs at BB&T going forward. I met with Debbie this morning at her office in the Chestnut Hill Branch and she said she will handle my the Home Equity Line account.

Please send Debbie:
- Personal Income Statement
- Two years of Income taxes

Please provide Debbie with any additional information she needs to redo/renew my Home Equity Line.

Thank you,

Robin

Dr. Robin L. Smith
FEARLESS WON LLC
Telephone: (215) 790-1160
Email: drrobin@drrobinsmith.com
Website: www.drrobinsmith.com

**Dr. Robin L. Smith**

| | |
|---|---|
| **From:** | Levin, Deborah [DLevin@BBandT.com] |
| **Sent:** | Friday, July 21, 2017 12:11 PM |
| **To:** | Dr. Robin L. Smith |
| **Subject:** | RE: Dr. Robin L. Smith - Home Equity Line Of Credit |

I passed this on to underwriting. I will be on vacation next week.

**From:** Dr. Robin L. Smith [mailto:drrobin@drrobinsmith.com]
**Sent:** Thursday, July 20, 2017 5:37 PM
**To:** Levin, Deborah
**Subject:** Dr. Robin L. Smith - Home Equity Line Of Credit
**Importance:** High

Dear Debbie,

As we discussed, it is my intention to repay BB&T the full amount of principle on my home equity line of credit, minus all fees and penalties.

To my disbelief, I learned this week that my over 800 point credit score has been negatively impacted solely based on BB&T reporting non-payment/ delinquent status to multiple credit agencies. As you know, and as advised, each month, I pay the monthly payments on time as I have done since the inception of the line of credit. BB&T must contact the credit reporting agencies and immediately remove the delinquent status so that my true credit score and rating can be restored.

You are aware that I was involved in a very serious automobile accident on October 1, 2016. I was in ICU and was diagnosed with a serious concussion. I remain in weekly treatment at Bryn Mawr Rehabilitation Hospital in Malvern, PA in their brain injury unit for this trauma.

I will not allow BB&T to exploit and harm me further by attempting to get more than the principle owed, especially at this very difficult medical time in my life. These last 9 months have been full of more challenges than imaginable. I hope that this matter can be resolved respectfully and in a timely manner. I have worked my entire adult life to build stellar credit and a reputation to match. I will not allow BB&T to tarnish and diminish my life, my integrity, my healing and my recovery.

Please share this email with the necessary parties at BB&T and update me on the status of when my credit rating will be restored.

Very truly yours,

Dr. Robin L. Smith
FEARLESS WON LLC
Telephone: (215) 790-1160
Email: drrobin@drrobinsmith.com
Website: www.drrobinsmith.com

*The information in this transmission may contain proprietary and non-public information of BB&T or its affiliates and may be subject to protection under the law. The message is intended for the sole use of the individual or entity to which it is addressed. If you are not the intended recipient, you are notified that any use,*

*distribution or copying of the message is strictly prohibited. If you received this message in error, please delete the material from your system without reading the content and notify the sender immediately of the inadvertent transmission.*

**Dr. Robin L. Smith**

| | |
|---|---|
| **From:** | Levin, Deborah [DLevin@BBandT.com] |
| **Sent:** | Tuesday, August 01, 2017 3:24 PM |
| **To:** | Dr. Robin L. Smith |
| **Subject:** | RE: Dr. Robin L. Smith - Home Equity Line Of Credit |

Hi Robin,

How did you make out with Reggie's Bank?

**From:** Dr. Robin L. Smith [mailto:drrobin@drrobinsmith.com]
**Sent:** Monday, July 31, 2017 10:55 PM
**To:** Levin, Deborah
**Subject:** RE: Dr. Robin L. Smith - Home Equity Line Of Credit
**Importance:** High

Dear Debbie,

Pursuant to our meeting this afternoon, this email is to confirm what I stated in my previous email dated July 20, 2017, in which I indicated that "it is my intention to repay BB&T the full amount of principle owed on my home equity line of credit, minus all fees and penalties". As stated in my email of July 24, 2017, "BB&T is in the process of ruining my excellent credit rating and threatening to foreclose on my home with no real attempt to resolve this matter fairly".

I request that, Mr. Kelly S. King, Chairman & CEO of BB&T, receives this communication and all others from me in regards to this matter, allowing him and his executive team the opportunity to remedy this unfortunate and aggressive action that BB&T has initiated against me. I have been a loyal and dedicated customer of National Penn Bank and now of BB&T, and am horrified at the unjust, and what could be considered an unlawful action of BB&T.

As we discussed, I was involved in a very serious automobile accident on October 1, 2016, which left me injured and in ICU at Lankenau Hospital in Wynnewood, PA. I was diagnosed with a serious concussion and I continue to remain in weekly treatment at Bryn Mawr Rehabilitation Hospital in Malvern, PA in their brain injury unit for this medical trauma.

To reiterate what I stated above, I plan to repay BB&T the principle owed in full minus all penalties and fees, and I also request again that BB&T immediately take all necessary actions and steps to remove the credit delinquencies reported to the credit bureaus and restore my over 800 credit rating. As I have been diligently working with you to resolve this issue, I never thought as we were working together that BB&T would undermine our process of resolving this matter by notifying the credit bureaus and sending foreclosure notices.

I look forward to resolving this matter in a way that is mutually agreeable to both parties.

Very truly yours,

Dr. Robin L. Smith

Dr. Robin L. Smith
FEARLESS WON LLC
Telephone: (215) 790-1160
Email: drrobin@drrobinsmith.com

1

Website: www.drrobinsmith.com

**From:** Dr. Robin L. Smith [mailto:drrobin@drrobinsmith.com]
**Sent:** Monday, July 24, 2017 12:11 AM
**To:** 'Levin, Deborah'
**Subject:** RE: Dr. Robin L. Smith - Home Equity Line Of Credit
**Importance:** High

Hi Debbie,

I just received two letters from BB&T dated 7/12/17 returning portions of my payments both dated. One check is in the amount of $1007.13 and the second in amount of $563.76. Both letters state that my payments have been returned due to the account being placed in foreclosure.

Debbie, this must be stopped now! BB&T is in the process of ruining my excellent credit and threatening to foreclose on my home with no real attempt to resolve this matter fairly. If pushed, I will involve my lawyer and the media.

Please advise.

Dr. Robin L. Smith
FEARLESS WON LLC
Telephone: (215) 790-1160
Email: drrobin@drrobinsmith.com
Website: www.drrobinsmith.com

**From:** Levin, Deborah [mailto:DLevin@BBandT.com]
**Sent:** Friday, July 21, 2017 12:11 PM
**To:** Dr. Robin L. Smith
**Subject:** RE: Dr. Robin L. Smith - Home Equity Line Of Credit

I passed this on to underwriting. I will be on vacation next week.

**From:** Dr. Robin L. Smith [mailto:drrobin@drrobinsmith.com]
**Sent:** Thursday, July 20, 2017 5:37 PM
**To:** Levin, Deborah
**Subject:** Dr. Robin L. Smith - Home Equity Line Of Credit
**Importance:** High

Dear Debbie,

As we discussed, it is my intention to repay BB&T the full amount of principle on my home equity line of credit, minus all fees and penalties.

To my disbelief, I learned this week that my over 800 point credit score has been negatively impacted solely based on BB&T reporting non-payment/ delinquent status to multiple credit agencies. As you know, and as advised, each month, I pay the monthly payments on time as I have done since the inception of the line of credit. BB&T must contact the credit reporting agencies and immediately remove the delinquent status so that my true credit score and rating can be restored.

You are aware that I was involved in a very serious automobile accident on October 1, 2016. I was in ICU and was diagnosed with a serious concussion. I remain in weekly treatment at Bryn Mawr Rehabilitation Hospital in Malvern, PA in their brain injury unit for this trauma.

I will not allow BB&T to exploit and harm me further by attempting to get more than the principle owed, especially at this very difficult medical time in my life. These last 9 months have been full of more challenges than imaginable. I hope that this matter can be resolved respectfully and in a timely manner. I have worked my entire adult life to build stellar credit and a reputation to match. I will not allow BB&T to tarnish and diminish my life, my integrity, my healing and my recovery.

Please share this email with the necessary parties at BB&T and update me on the status of when my credit rating will be restored.

Very truly yours,

Dr. Robin L. Smith
FEARLESS WON LLC
Telephone: (215) 790-1160
Email: drrobin@drrobinsmith.com
Website: www.drrobinsmith.com

*The information in this transmission may contain proprietary and non-public information of BB&T or its affiliates and may be subject to protection under the law. The message is intended for the sole use of the individual or entity to which it is addressed. If you are not the intended recipient, you are notified that any use, distribution or copying of the message is strictly prohibited. If you received this message in error, please delete the material from your system without reading the content and notify the sender immediately of the inadvertent transmission.*

**Dr. Robin L. Smith**

**From:**        Levin, Deborah [DLevin@BBandT.com]
**Sent:**        Wednesday, August 02, 2017 3:02 PM
**To:**          Dr. Robin L. Smith
**Subject:**     RE: Dr. Robin L. Smith - Home Equity Line Of Credit

Hello Robin,
Have you gotten anywhere with your search?

**From:** Dr. Robin L. Smith [mailto:drrobin@drrobinsmith.com]
**Sent:** Monday, July 31, 2017 10:55 PM
**To:** Levin, Deborah
**Subject:** RE: Dr. Robin L. Smith - Home Equity Line Of Credit
**Importance:** High

Dear Debbie,

Pursuant to our meeting this afternoon, this email is to confirm what I stated in my previous email dated July 20, 2017, in which I indicated that "it is my intention to repay BB&T the full amount of principle owed on my home equity line of credit, minus all fees and penalties". As stated in my email of July 24, 2017, "BB&T is in the process of ruining my excellent credit rating and threatening to foreclose on my home with no real attempt to resolve this matter fairly".

I request that, Mr. Kelly S. King, Chairman & CEO of BB&T, receives this communication and all others from me in regards to this matter, allowing him and his executive team the opportunity to remedy this unfortunate and aggressive action that BB&T has initiated against me. I have been a loyal and dedicated customer of National Penn Bank and now of BB&T, and am horrified at the unjust, and what could be considered an unlawful action of BB&T.

As we discussed, I was involved in a very serious automobile accident on October 1, 2016, which left me injured and in ICU at Lankenau Hospital in Wynnewood, PA. I was diagnosed with a serious concussion and I continue to remain in weekly treatment at Bryn Mawr Rehabilitation Hospital in Malvern, PA in their brain injury unit for this medical trauma.

To reiterate what I stated above, I plan to repay BB&T the principle owed in full minus all penalties and fees, and I also request again that BB&T immediately take all necessary actions and steps to remove the credit delinquencies reported to the credit bureaus and restore my over 800 credit rating. As I have been diligently working with you to resolve this issue, I never thought as we were working together that BB&T would undermine our process of resolving this matter by notifying the credit bureaus and sending foreclosure notices.

I look forward to resolving this matter in a way that is mutually agreeable to both parties.

Very truly yours,

Dr. Robin L. Smith

Dr. Robin L. Smith
FEARLESS WON LLC
Telephone: (215) 790-1160
Email: drrobin@drrobinsmith.com

1

Website: www.drrobinsmith.com

**From:** Dr. Robin L. Smith [mailto:drrobin@drrobinsmith.com]
**Sent:** Monday, July 24, 2017 12:11 AM
**To:** 'Levin, Deborah'
**Subject:** RE: Dr. Robin L. Smith - Home Equity Line Of Credit
**Importance:** High

Hi Debbie,

I just received two letters from BB&T dated 7/12/17 returning portions of my payments both dated. One check is in the amount of $1007.13 and the second in amount of $563.76. Both letters state that my payments have been returned due to the account being placed in foreclosure.

Debbie, this must be stopped now! BB&T is in the process of ruining my excellent credit and threatening to foreclose on my home with no real attempt to resolve this matter fairly. If pushed, I will involve my lawyer and the media.

Please advise.

Dr. Robin L. Smith
FEARLESS WON LLC
Telephone: (215) 790-1160
Email: drrobin@drrobinsmith.com
Website: www.drrobinsmith.com

**From:** Levin, Deborah [mailto:DLevin@BBandT.com]
**Sent:** Friday, July 21, 2017 12:11 PM
**To:** Dr. Robin L. Smith
**Subject:** RE: Dr. Robin L. Smith - Home Equity Line Of Credit

I passed this on to underwriting. I will be on vacation next week.

**From:** Dr. Robin L. Smith [mailto:drrobin@drrobinsmith.com]
**Sent:** Thursday, July 20, 2017 5:37 PM
**To:** Levin, Deborah
**Subject:** Dr. Robin L. Smith - Home Equity Line Of Credit
**Importance:** High

Dear Debbie,

As we discussed, it is my intention to repay BB&T the full amount of principle on my home equity line of credit, minus all fees and penalties.

To my disbelief, I learned this week that my over 800 point credit score has been negatively impacted solely based on BB&T reporting non-payment/ delinquent status to multiple credit agencies. As you know, and as advised, each month, I pay the monthly payments on time as I have done since the inception of the line of credit. BB&T must contact the credit reporting agencies and immediately remove the delinquent status so that my true credit score and rating can be restored.

2

You are aware that I was involved in a very serious automobile accident on October 1, 2016. I was in ICU and was diagnosed with a serious concussion. I remain in weekly treatment at Bryn Mawr Rehabilitation Hospital in Malvern, PA in their brain injury unit for this trauma.

I will not allow BB&T to exploit and harm me further by attempting to get more than the principle owed, especially at this very difficult medical time in my life. These last 9 months have been full of more challenges than imaginable. I hope that this matter can be resolved respectfully and in a timely manner. I have worked my entire adult life to build stellar credit and a reputation to match. I will not allow BB&T to tarnish and diminish my life, my integrity, my healing and my recovery.

Please share this email with the necessary parties at BB&T and update me on the status of when my credit rating will be restored.

Very truly yours,

Dr. Robin L. Smith
FEARLESS WON LLC
Telephone: (215) 790-1160
Email: drrobin@drrobinsmith.com
Website: www.drrobinsmith.com

*The information in this transmission may contain proprietary and non-public information of BB&T or its affiliates and may be subject to protection under the law. The message is intended for the sole use of the individual or entity to which it is addressed. If you are not the intended recipient, you are notified that any use, distribution or copying of the message is strictly prohibited. If you received this message in error, please delete the material from your system without reading the content and notify the sender immediately of the inadvertent transmission.*

## Dr. Robin L. Smith

| | |
|---|---|
| **From:** | Levin, Deborah [DLevin@BBandT.com] |
| **Sent:** | Friday, August 04, 2017 4:59 PM |
| **To:** | Dr. Robin L. Smith |
| **Subject:** | RE: Dr. Robin L. Smith - Home Equity Line Of Credit |

The longer the account sits in a delinquent status the more harm to your credit, and the more fees will be incurred.  If you have another institution who can refinance this for you, it would definitely be to your benefit to get it done as soon as possible.

**From:** Dr. Robin L. Smith [mailto:drrobin@drrobinsmith.com]
**Sent:** Thursday, August 03, 2017 10:43 PM
**To:** Levin, Deborah
**Subject:** RE: Dr. Robin L. Smith - Home Equity Line Of Credit

Hello Debbie,

We are exploring all options and will keep you posted.  Any updates on your end?

Dr. Robin L. Smith
FEARLESS WON LLC
Telephone: (215) 790-1160
Email: drrobin@drrobinsmith.com
Website: www.drrobinsmith.com

**From:** Levin, Deborah [mailto:DLevin@BBandT.com]
**Sent:** Wednesday, August 02, 2017 3:02 PM
**To:** Dr. Robin L. Smith
**Subject:** RE: Dr. Robin L. Smith - Home Equity Line Of Credit

Hello Robin,
Have you gotten anywhere with your search?

**From:** Dr. Robin L. Smith [mailto:drrobin@drrobinsmith.com]
**Sent:** Monday, July 31, 2017 10:55 PM
**To:** Levin, Deborah
**Subject:** RE: Dr. Robin L. Smith - Home Equity Line Of Credit
**Importance:** High

Dear Debbie,

Pursuant to our meeting this afternoon, this email is to confirm what I stated in my previous email dated July 20, 2017, in which I indicated that "it is my intention to repay BB&T the full amount of principle owed on my home equity line of credit, minus all fees and penalties". As stated in my email of July 24, 2017, "BB&T is in the process of ruining my excellent credit rating and threatening to foreclose on my home with no real attempt to resolve this matter fairly".

I request that, Mr. Kelly S. King, Chairman & CEO of BB&T, receives this communication and all others from me in regards to this matter, allowing him and his executive team the opportunity to remedy this unfortunate

1

and aggressive action that BB&T has initiated against me. I have been a loyal and dedicated customer of National Penn Bank and now of BB&T, and am horrified at the unjust, and what could be considered an unlawful action of BB&T.

As we discussed, I was involved in a very serious automobile accident on October 1, 2016, which left me injured and in ICU at Lankenau Hospital in Wynnewood, PA. I was diagnosed with a serious concussion and I continue to remain in weekly treatment at Bryn Mawr Rehabilitation Hospital in Malvern, PA in their brain injury unit for this medical trauma.

To reiterate what I stated above, I plan to repay BB&T the principle owed in full minus all penalties and fees, and I also request again that BB&T immediately take all necessary actions and steps to remove the credit delinquencies reported to the credit bureaus and restore my over 800 credit rating. As I have been diligently working with you to resolve this issue, I never thought as we were working together that BB&T would undermine our process of resolving this matter by notifying the credit bureaus and sending foreclosure notices.

I look forward to resolving this matter in a way that is mutually agreeable to both parties.

Very truly yours,

Dr. Robin L. Smith

Dr. Robin L. Smith
FEARLESS WON LLC
Telephone: (215) 790-1160
Email: drrobin@drrobinsmith.com
Website: www.drrobinsmith.com

**From:** Dr. Robin L. Smith [mailto:drrobin@drrobinsmith.com]
**Sent:** Monday, July 24, 2017 12:11 AM
**To:** 'Levin, Deborah'
**Subject:** RE: Dr. Robin L. Smith - Home Equity Line Of Credit
**Importance:** High

Hi Debbie,

I just received two letters from BB&T dated 7/12/17 returning portions of my payments both dated. One check is in the amount of $1007.13 and the second in amount of $563.76. Both letters state that my payments have been returned due to the account being placed in foreclosure.

Debbie, this must be stopped now! BB&T is in the process of ruining my excellent credit and threatening to foreclose on my home with no real attempt to resolve this matter fairly. If pushed, I will involve my lawyer and the media.

Please advise.

Dr. Robin L. Smith
FEARLESS WON LLC
Telephone: (215) 790-1160
Email: drrobin@drrobinsmith.com
Website: www.drrobinsmith.com

**From:** Levin, Deborah [mailto:DLevin@BBandT.com]
**Sent:** Friday, July 21, 2017 12:11 PM
**To:** Dr. Robin L. Smith
**Subject:** RE: Dr. Robin L. Smith - Home Equity Line Of Credit

I passed this on to underwriting. I will be on vacation next week.

**From:** Dr. Robin L. Smith [mailto:drrobin@drrobinsmith.com]
**Sent:** Thursday, July 20, 2017 5:37 PM
**To:** Levin, Deborah
**Subject:** Dr. Robin L. Smith - Home Equity Line Of Credit
**Importance:** High

Dear Debbie,

As we discussed, it is my intention to repay BB&T the full amount of principle on my home equity line of credit, minus all fees and penalties.

To my disbelief, I learned this week that my over 800 point credit score has been negatively impacted solely based on BB&T reporting non-payment/ delinquent status to multiple credit agencies. As you know, and as advised, each month, I pay the monthly payments on time as I have done since the inception of the line of credit. BB&T must contact the credit reporting agencies and immediately remove the delinquent status so that my true credit score and rating can be restored.

You are aware that I was involved in a very serious automobile accident on October 1, 2016. I was in ICU and was diagnosed with a serious concussion. I remain in weekly treatment at Bryn Mawr Rehabilitation Hospital in Malvern, PA in their brain injury unit for this trauma.

I will not allow BB&T to exploit and harm me further by attempting to get more than the principle owed, especially at this very difficult medical time in my life. These last 9 months have been full of more challenges than imaginable. I hope that this matter can be resolved respectfully and in a timely manner. I have worked my entire adult life to build stellar credit and a reputation to match. I will not allow BB&T to tarnish and diminish my life, my integrity, my healing and my recovery.

Please share this email with the necessary parties at BB&T and update me on the status of when my credit rating will be restored.

Very truly yours,

Dr. Robin L. Smith
FEARLESS WON LLC
Telephone: (215) 790-1160
Email: drrobin@drrobinsmith.com
Website: www.drrobinsmith.com

*The information in this transmission may contain proprietary and non-public information of BB&T or its affiliates and may be subject to protection under the law. The message is intended for the sole use of the individual or entity to which it is addressed. If you are not the intended recipient, you are notified that any use, distribution or copying of the message is strictly prohibited. If you received this message in error, please delete*

the material from your system without reading the content and notify the sender immediately of the inadvertent transmission.

**Dr. Robin L. Smith**

| | |
|---|---|
| **From:** | Levin, Deborah [DLevin@BBandT.com] |
| **Sent:** | Thursday, August 10, 2017 3:28 PM |
| **To:** | Dr. Robin L. Smith |
| **Cc:** | Khazali, Kaled |
| **Subject:** | Letter from November 26, 2016 |
| **Attachments:** | maturity letter.pdf |

Good Morning Robin,
Here is the letter.

Deborah G. Levin
Market Leader III
BB&T Vice President
Chestnut Hill Branch
P. 215-247-4801 F. 215-247-7790
Email: DLevin@BBandT.com

*The information in this transmission may contain proprietary and non-public information of BB&T or its affiliates and may be subject to protection under the law. The message is intended for the sole use of the individual or entity to which it is addressed. If you are not the intended recipient, you are notified that any use, distribution or copying of the message is strictly prohibited. If you received this message in error, please delete the material from your system without reading the content and notify the sender immediately of the inadvertent transmission.*



November 5, 2016

8200 5118610 001-93-01-15    E
ROBIN L SMITH
PO BOX 4081
PHILADELPHIA, PA 19118-8081

Dear ROBIN L SMITH:

**Your BB&T Home Equity Line of Credit xxxxxxxxxxx16001 is set to mature on 12/15/2016.** Upon maturity, as stated in the terms and conditions of your line of credit agreement, funds cannot be advanced from your account after the date listed above. Please be aware your payment may change at maturity as well. Our lines of credit have several default repayment structures such as a minimum monthly payment of 2.5 % of the balance or $100, whichever is greater, or a pay-in-full repayment term at maturity. Please check your original agreement or speak with a local loan officer to identify your repayment structure after your line maturity date.

We want to remind you for the past several years your BB&T Home Equity Line of Credit has provided an easily accessible source of funds that could be used for any financial need you encountered.  We are committed to providing you with proactive, consultative service, and we would love the opportunity to talk with you about the lending options at BB&T.

Please contact the loan specialist at the financial center below.  We will be happy to answer any questions you have or discuss any other products and solutions that may be of benefit to you.  Thank you for banking with BB&T.

Sincerely,
Retail Loan Specialist
PHILADELPHIA - ONE PENN CENTER
215-448-9620

BB&T, Member FDIC and Equal Housing Lender  ⌂  .  Loans subject to credit approval.

## Dr. Robin L. Smith

| | |
|---|---|
| **From:** | Levin, Deborah [DLevin@BBandT.com] |
| **Sent:** | Thursday, August 31, 2017 12:24 PM |
| **To:** | Dr. Robin L. Smith |
| **Cc:** | Khazali, Kaled; Harding, Kimberly |
| **Subject:** | FW: Robin Smith |
| **Attachments:** | image2017-08-23-095451.pdf |

Hello Robin,
Attached you will find the response that was mailed August 23, 2017.

**From:** Jordan, Steven
**Sent:** Thursday, August 31, 2017 11:52 AM
**To:** Harding, Kimberly
**Cc:** Levin, Deborah; Khazali, Kaled
**Subject:** FW: Robin Smith

See below and attached.


A response was mailed August 23


*The information in this transmission may contain proprietary and non-public information of BB&T or its affiliates and may be subject to protection under the law. The message is intended for the sole use of the individual or entity to which it is addressed. If you are not the intended recipient, you are notified that any use, distribution or copying of the message is strictly prohibited. If you received this message in error, please delete the material from your system without reading the content and notify the sender immediately of the inadvertent transmission.*

1

# EXHIBIT C



 No Items in Cart   **LOGOUT**   jthomas2

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 171001672 |
| **Case Caption:** | BRANCH BANKING AND TRUST COMPANY VS SMITH |
| **Filing Date:** | Friday , October 13th, 2017 |
| **Court:** | MORTGAGE FORECLOSURE |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | RESIDENTIAL OWNER OCCUPIED-MR |
| **Status:** | PRAECIPE TO DISCONTINUE |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | OTTLEY, JACOB M |
| **Address:** 215 S BROAD ST 5TH FLOOR PHILADELPHIA PA 19109 (215)735-5525 | | **Aliases:** *none* | | |
| 2 | 1 | | PLAINTIFF | BRANCH BANKING AND TRUST COMPANY |
| **Address:** 301 COLLEGE ST GREENVILLE SC 29601 | | **Aliases:** *none* | | |

| 3 | | | DEFENDANT | SMITH, ROBIN L |
|---|---|---|---|---|
| **Address:** | 8905 CARLISLE RD GLENSIDE PA 19038 | **Aliases:** | *none* | |

| 4 | 1 | | ATTORNEY FOR PLAINTIFF | GAIRO, MARGARET |
|---|---|---|---|---|
| **Address:** | 123 S BROAD ST SUITE 2080 PHILADELPHIA PA 19109 (215)790-1010 | **Aliases:** | *none* | |

| 5 | | | JUDGE | ANDERS, DANIEL J |
|---|---|---|---|---|
| **Address:** | ROOM 292 CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | *none* | |

| 6 | 1 | | ATTORNEY FOR PLAINTIFF | MARKOWITZ, ANDREW L |
|---|---|---|---|---|
| **Address:** | SUITE 1400 123 SOUTH BROAD STREET PHILADELPHIA PA 19109 (215)790-1010 | **Aliases:** | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 13-OCT-2017 10:21 AM | ACTIVE CASE | | | 13-OCT-2017 03:35 PM |
| **Docket Entry:** | E-Filing Number: 1710030652 | | | |
| 13-OCT-2017 10:21 AM | COMMENCEMENT OF CIVIL ACTION | OTTLEY, JACOB M | | 13-OCT-2017 03:35 PM |

| Documents: | ☙ Click link(s) to preview/purchase the documents<br>Final Cover | | | Click HERE to purchase all documents<br>related to this one docket entry |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 13-OCT-2017<br>10:21 AM | COMPLAINT FILED<br>NOTICE GIVEN | OTTLEY, JACOB<br>M | $253,284.16 | 13-OCT-2017<br>03:35 PM |
|---|---|---|---|---|
| **Documents:** | ☙ Click link(s) to preview/purchase the documents<br>CMSC171012.PDF | | | Click HERE to purchase all documents<br>related to this one docket entry |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. NOTICE OF INTENT UNDER ACT 6 HAS BEEN SENT TO THE DEFENDANT. | | | |

| 13-OCT-2017<br>10:21 AM | SHERIFF'S<br>SURCHARGE 1 DEFT | OTTLEY, JACOB<br>M | | 13-OCT-2017<br>03:35 PM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 13-OCT-2017<br>10:21 AM | CASE MANAGEMENT<br>ORDER ISSUED | OTTLEY, JACOB<br>M | | 13-OCT-2017<br>03:35 PM |
|---|---|---|---|---|
| **Documents:** | ☙ Click link(s) to preview/purchase the documents<br>MR CM Order | | | Click HERE to purchase all documents<br>related to this one docket entry |
| **Docket Entry:** | *none.* | | | |

| 13-OCT-2017<br>03:35 PM | CONCILIATION CONF<br>SCHEDULED | | | 13-OCT-2017<br>03:35 PM |
|---|---|---|---|---|
| **Docket Entry:** | SCHEDULED FOR CONCILIATION CONFERENCE ON DECEMBER 21, 2017, AT 09:00 AM AT THE CITY HALL, ROOM 676. | | | |

| 01-NOV-2017<br>10:36 AM | ATTEMPTED SERVICE -<br>NOT FOUND | GAIRO,<br>MARGARET | | 02-NOV-2017<br>09:53 AM |
|---|---|---|---|---|
| **Documents:** | ☙ Click link(s) to preview/purchase the documents<br>MX-M654N_20171101_093413_030.pdf | | | Click HERE to purchase all documents<br>related to this one docket entry |
| **Docket Entry:** | ROBIN L SMITH NOT FOUND ON 10/22/2017. (FILED ON BEHALF OF BRANCH BANKING AND TRUST COMPANY) | | | |

| 04-DEC-2017 03:34 PM | MOTION FOR ALTERNATIVE SERVICE | OTTLEY, JACOB M | | 04-DEC-2017 04:22 PM |
|---|---|---|---|---|
| **Documents:** | ⚖ Click link(s) to preview/purchase the documents MASC171204 ROBIN S.pdf Motion CoverSheet Form | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | 89-17120389 MOTION FOR ALTERNATIVE SERVICE (FILED ON BEHALF OF BRANCH BANKING AND TRUST COMPANY) | | | |

| 05-DEC-2017 11:06 AM | MOTION ASSIGNED | | | 05-DEC-2017 11:06 AM |
|---|---|---|---|---|
| **Docket Entry:** | 89-17120389 MOTION FOR ALTERNATIVE SERVICE ASSIGNED TO JUDGE: ANDERS, DANIEL J. ON DATE: DECEMBER 05, 2017 | | | |

| 06-DEC-2017 10:19 AM | ORDER ENTERED/236 NOTICE GIVEN | ANDERS, DANIEL J | | 06-DEC-2017 10:19 AM |
|---|---|---|---|---|
| **Documents:** | ⚖ Click link(s) to preview/purchase the documents ORDER_10.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | 89-17120389 AND NOW, THIS 5H DAY OF DECEMBER, 2017, THE PLAINTIFF IS GRANTED LEAVE TO SERVE PROCESS IN THIS MORTGAGE FORECLOSURE ACTION UPON THE DEFENDANT, ROBIN L. SMITH, BY REGULAR MAIL AND BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, TO HER LAST-KNOWN ADDRESS OF 8905 CARLISLE ROAD, GLENSIDE, PENNSYLVANIA, PA 19119...... BY THE COURT: ANDERS, J. 12/05/2017 | | | |

| 06-DEC-2017 10:19 AM | NOTICE GIVEN UNDER RULE 236 | | | 06-DEC-2017 11:31 AM |
|---|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 06-DEC-2017 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 06-DEC-2017. | | | |

| 07-DEC-2017 11:51 AM | PRAECIPE TO REINSTATE CMPLT | MARKOWITZ, ANDREW L | | 07-DEC-2017 11:59 AM |
|---|---|---|---|---|
| **Documents:** | ⚖ Click link(s) to preview/purchase the documents PRTS171207 ROBIN.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF BRANCH BANKING AND TRUST COMPANY) | | | |

| 21-DEC-2017 03:27 PM | AFFIDAVIT OF SERVICE FILED | GAIRO, MARGARET | | 21-DEC-2017 03:58 PM |
|---|---|---|---|---|
| **Documents:** | ♪ Click link(s) to preview/purchase the documents MX-M654N_20171221_160850_001.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON ROBIN L SMITH BY POSTING PREMISES ON 12/17/2017 FILED. (FILED ON BEHALF OF BRANCH BANKING AND TRUST COMPANY) | | | |

| 26-DEC-2017 10:20 AM | WAITING-LIST CONCL-SERV ISSUE | ROBINSON, ROSALYN K | | 26-DEC-2017 10:20 AM |
|---|---|---|---|---|
| **Documents:** | ♪ Click link(s) to preview/purchase the documents CLSRV_14.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | UPON CONSIDERATION OF THE INFORMATION PROVIDED TO THE COURT, IT IS HEREBY ORDERED AND DECREED THAT THE COMPLAINT AND CASE MANAGEMENT ORDER HAVING NOT BEEN SERVED ON DEFENDANT(S), THE CONCILIATION CONFERENCE IS CANCELLED. A RULE HEARING SHALL BE SCHEDULED FOR PLAINTIFF TO EXPLAIN WHY SERVICE HAS NOT BEEN EFFECTUATED AND WHY A JUDGMENT OF NON PROS SHOULD NOT BE ENTERED. ...BY THE COURT: ROBINSON, J., 12/21/2017 | | | |

| 26-DEC-2017 10:20 AM | NOTICE GIVEN UNDER RULE 236 | | | 27-DEC-2017 08:52 AM |
|---|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 27-DEC-2017 OF WAITING-LIST CONCL-SERV ISSUE ENTERED ON 26-DEC-2017. | | | |

| 26-DEC-2017 10:20 AM | WAITING TO LIST RULE DATE | | | 26-DEC-2017 12:00 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 02-JAN-2018 01:15 PM | AFFIDAVIT OF SERVICE FILED | OTTLEY, JACOB M | | 02-JAN-2018 01:36 PM |
|---|---|---|---|---|
| **Documents:** | ♪ Click link(s) to preview/purchase the documents AFSS180102.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON ROBIN L SMITH BY POSTING PREMISES,CERTIFIED MAIL ON 12/17/2017 FILED. (FILED ON BEHALF OF BRANCH BANKING AND TRUST COMPANY) | | | |

| 05-MAR-2018 03:20 PM | LISTED FOR CASE MGMT CONF | | | 05-MAR-2018 03:20 PM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 05-MAR-2018 03:20 PM | CONFERENCE DATE SET | | | 05-MAR-2018 03:20 PM |
|---|---|---|---|---|
| **Documents:** | ♪ Click link(s) to preview/purchase the documents CLCDS_19.pdf | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | SCHEDULING ORDER ISSUED. MATTER LISTED FOR CASE MANAGMENT CONFERENCE ON Friday, May 04, 2018, AT 09:30 AM, IN Courtroom 243 City Hall. NOTICE OF THIS EVENT SENT TO ALL COUNSEL OF RECORD AND UNREPRESENTED PARTIES. | | | |

| 05-MAR-2018 03:20 PM | NOTICE GIVEN UNDER RULE 236 | | | 08-MAR-2018 11:07 AM |
|---|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 08-MAR-2018 OF CONFERENCE DATE SET ENTERED ON 05-MAR-2018. | | | |

| 07-MAY-2018 01:08 PM | ORDER ENTERED/236 NOTICE GIVEN | FOX, IDEE C | | 07-MAY-2018 12:00 AM |
|---|---|---|---|---|
| **Documents:** | ♪ Click link(s) to preview/purchase the documents ORDER_21.pdf | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | PLAINTIFF HAVING EFFECTUATED SERVICE UPON THE DEFENDANT(S), AND THIS CASE BEING ELIGIBLE FOR THE MORTGAGE CONCILIATION PROGRAM, IT IS HEREBY ORDERED THAT THIS CASE IS REMANDED TO THE MORTGAGE CONCILIATION PROGRAM AND SCHEDULED FOR A MANDATORY CONFERENCE ON THURSDAY, JUNE 28, 2018, AT 9:00AM IN COURT ROOM 676, CITY HALL, PHILADELPHIA. PLAINTIFF SHALL NOTIFY DEFENDANT(S) OF SAID CONFERENCE DATE AND TIME. PENDING FURTHER COURT ORDER REMOVING THIS CASE FROM THE MORTGAGE CONCILIATION PROGRAM ALL RESPONSE DEADLINES ARE STAYED. BY THE COURT: FOX, J. 5/4/18 | | | |

| 07-MAY-2018 01:08 PM | NOTICE GIVEN UNDER RULE 236 | | | 07-MAY-2018 04:58 PM |
|---|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 07-MAY-2018 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 07-MAY-2018. | | | |

| 07-MAY-2018 01:25 PM | WAITING TO LIST CONCILIATION | | | 07-MAY-2018 01:26 PM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 07-MAY-2018 01:35 PM | CONCILIATION CONF SCHEDULED | | | 07-MAY-2018 01:35 PM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 09-MAY-2018 12:30 AM | NOTICE GIVEN | | | 09-MAY-2018 12:30 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 03-JUL-2018 12:16 PM | CONCILIATION CONF RESCHEDULED | FOX, IDEE C | | 03-JUL-2018 12:16 PM |
|---|---|---|---|---|
| **Documents:** | 🖉 Click link(s) to preview/purchase the documents CONCR_26.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | UPON CONSIDERATION OF THE INFORMATION PROVIDED TO THE COURT, IT IS HEREBY ORDERED AND DECREED THAT: THE COMPLAINT AND CASE MANAGEMENT ORDER HAVING BEEN SERVED ON DEFENDANT(S) AT LEAST FOURTEEN (14) DAYS PRIOR TO TODAY'S DATE, AND DEFENDANT(S) HAVING APPEARED FOR THE FIRST CONCILIATION CONFERENCE LISTING AS ORDERED, OR DEFENDANTS HAVING BEEN EXCUSED FROM APPEARING, A SECOND CONCILIATION CONFERENCE LISTING IS SCHEDULED IN CITY HALL COURTROOM 676, AS FOLLOWS: SECOND CONCILIATION CONFERENCE DATE AND TIME (35 DAYS FROM TODAY) DATE: 09/06/2018 TIME: 9:00AM; DEFENDANT(S) IS/ARE REQUIRED TO SUBMIT THEIR COMPLETE FINANCIAL PACKAGE TO PLAINTIFF'S COUNSEL AT LEAST FOURTEEN (14) DAYS PRIOR TO THE AFOREMENTIONED SECOND CONCILIATION CONFERENCE LISTING DATE. PLAINTIFF CERTIFIES THAT THE COMPLAINT AND CASE MANAGEMENT ORDER HAVE BEEN SERVED ON ALL DEFENDANTS AS REQUIRED BY PULES OF CIVIL PROCEDURE AND THAT THE AFFIDAVIT(S) OF SERVICE REFLECTING THIS HAS/HAVE BEEN PLACED ON THE DOCKET. **PLAINTIFF IS STAYED FROM ENTERING A DEFAULT JUDGMENT AGAINST DEFENDANT(S) BEFORE ONE DAY AFTER THE SECOND CONCILIATION CONFERENCE OCCURS OR UNTIL SUCH TIME AS IS STATED IN THE SUBSEQUENT ORDER**?BY THE COURT: FOX, J., 06/28/2018 | | | |

| 03-JUL-2018 12:16 PM | NOTICE GIVEN UNDER RULE 236 | | | 03-JUL-2018 01:43 PM |
|---|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 03-JUL-2018 OF CONCILIATION CONF RESCHEDULED ENTERED ON 03-JUL-2018. | | | |

| 03-JUL-2018 12:16 PM | CONCILIATION CONF SCHEDULED | | | 03-JUL-2018 12:16 PM |
|---|---|---|---|---|
| **Docket Entry:** | CONCILIATION CONFERENCE SCHEDULED FOR 09/06/2018 AT 9:00AM IN COURTROOM 676 CITY HALL, PHILADELPHIA | | | |

| 05-JUL-2018 12:30 AM | NOTICE GIVEN | | | 05-JUL-2018 12:30 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 26-JUL-2018 02:46 PM | PRAECIPE TO DISCONTINUE | OTTLEY, JACOB M | | 26-JUL-2018 03:12 PM |
|---|---|---|---|---|
| **Documents:** | ☞ Click link(s) to preview/purchase the documents 171001672 prd1.pdf | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | ORDER TO DISCONTINUE WITHOUT PREJUDICE FILED. (FILED ON BEHALF OF BRANCH BANKING AND TRUST COMPANY) | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

[ E-Filing System ]    [ Search Home ]

# EXHIBIT D

 **Citizens Bank**

RJE 130
One Citizens Drive
Riverside, RI 02915-9961



July 04, 2017

AB 01 005101 92679 B 12 A
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
ORDERED STEPS INTERNATIONAL INC
210 W RITTENHOUSE SQ
STE 408
PHILADELPHIA, PA 19103-5771

Commercial Loan: 6000608054886000010000000026
Application: 306050

Dear ORDERED STEPS INTERNATIONAL INC:

We have reviewed your revolving line of credit in the original amount of $35000. After careful consideration, we have decided to cancel any remaining availability and to term out the balance over 60 month(s) based on the following reasons:

    *Adverse Personal Credit Information
    *Delinquent Credit History
     Improper Handling of Existing Citizens Bank Account(s)

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have a right to dispute the matter with the reporting agency.

    Agency: Equifax Information Services
            P.O. Box 740250
            Atlanta, GA 30374
            (800) 685-1111
            http://www.equifax.com

If you should have any questions regarding this letter, you should contact us at:

    RJE 130
    One Citizens Drive
    Riverside, RI 02915-9961

Thank you for the opportunity to consider your application.

Regards,

Marni Lawson
Business Credit Services

Citizens Bank is a brand name of Citizens Bank, N.A. and Citizens Bank of Pennsylvania. Member FDIC.

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection 1700G Street NW, Washington, DC 20006.

# EXHIBIT E

**drrobin@drrobinsmith.com**

| | |
|---|---|
| From: | Reginald Jacques <rjacques@libertycoke.com> |
| Sent: | Thursday, October 25, 2018 5:58 PM |
| To: | drrobin@drrobinsmith.com |
| Subject: | Fwd: mortgage |

Get Outlook for iOS

**From:** McNichol, Dennis J <dmcnicho@santander.us>
**Sent:** Thursday, October 25, 2018 5:54:44 PM
**To:** Reginald Jacques
**Subject:** mortgage

Reg,
The mortgage denial is for 2 things:
Low credit score (693),investor is looking for score over 720

The reason that the score is at 693(I believe) is the fact that BB&T has reported that the HELOC has been closed
"requested by consumer", no payments have been made since May , 2017.
Also, debt to income ratio is higher than investor is comfortable with.

 **Dennis J. McNichol**
Mortgage Developmental Officer
NMLS# 704449
Retail Mortgage Division
610 526 6251
2 Aldwyn Lane, Villanova, PA 19085

This message contains information which may be confidential and privileged. Unless you are the addressee (or
authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any
information contained in the message. If you have received the message in error, please advise the sender by
reply e-mail, and delete or destroy the message. Thank you.

Please consider the environment before printing this email

1

# EXHIBIT F



**Consumer Financial
Protection Bureau**

Submit a complaint / Complaint filed

# Your complaint

## Complaint Number 170801-2304087

## Step 1

### What product or service is your complaint about?

**PRODUCT OR SERVICE**
Mortgage

**TYPE**
Home equity loan or line of credit (HELOC)

## Step 2

### What type of problem are you having?

**ISSUE**
Struggling to pay mortgage

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**
No

## Step 3

## What happened?

Dear Consumer Financial Protection Bureau: I had an existing Home Equity Line of Credit in the amount of $250,000.00 since 2009 with National Penn Bank. I paid my monthly installments on time and was renewed on an annual basis. National Penn Bank was acquired by BB&T in April of 2016. During this transition, I continued paying on time and anticipated that my Home Equity Line of Credit would be renewed as it had been for the last nine (9) years. I had no reason to believe otherwise. Unfortunately, on October 1, 2016, I was involved in a very serious automobile accident which left me injured and in ICU at Lankenau Hospital in Wynnewood, PA. I was diagnosed with a serious concussion and I continue to remain in weekly treatment at Bryn Mawr Rehabilitation Hospital in Malvern, PA in their brain injury unit for this medical trauma. During this timeframe, I continued to pay my monthly installment in full despite several physical limitations and cognitive challenges associated with the concussion from the accident. Ms. Deborah Levin, Vice President, BB&T, Chestnut Hill Branch is aware of my current medical condition and I have communicated the same to BB&T via email through Ms. Levin. To my shock and without any warning, on February 28, 2017, I received a phone call from Yolanda, a BB&T representative informing me that my payment was late. I told Yolanda that was impossible because my payment by check had cleared. Yolanda informed me that my payment had not been received and that I owed the principle of $250,000.00 in addition to a "Late Charge" of $24,563.12. Yolanda said this was due to the line of credit maturing. I had no idea this was happening nor did anyone at the BB&T Chestnut Hill branch. I immediately called my private bankers at National Penn Bank and learned that with the merger, they were displaced and therefore, I had no direct private banker to contact. I asked Yolanda to provide me with the name of the head of Private Banking at which time she informed me that she was not familiar with that department and that BB&T did not have a private banking division. I immediately contacted my local branch in Chestnut Hill, Philadelphia and spoke with Deborah Levin, V.P., and made an appointment to discuss the situation with her. When meeting with Ms. Levin, we discussed the situation and my shock after having had a seamless and very positive experience with National Penn Bank for 9 years. Ms. Levin assured me that she would look into the matter and that we would resolve it quickly. I have been making my monthly payments as I've done for the last 9 years having no idea that anything had changed other than the name of the bank. After several months of working diligently with Ms. Levin for a resolution to this situation, I learned two weeks ago that BB&T had not only called the loan but was reporting me to the credit bureaus as delinquent since February 2017. To my horror, BB&T is negatively impacting my over 800 point credit score based on their reporting delinquent status. I pay the monthly payments on time as I have done since the inception of the line of credit. I requested that BB&T contact the credit reporting agencies and immediately remove the delinquent status so that my true credit score and rating can be restored. BB&T has not worked with me fairly to even address the annual renewal of my Home Equity Line of Credit which I have successfully renewed for the past 8 years with National Penn Bank before they were acquired by BB&T. I was advised to continue making my monthly payments until resolution was reached. On July 24, 2017, I received two letters from BB&T returning my payments for

June and July 2017, defining them as "partial payments" and informing me that that they could not accept the payments due to my account being placed in foreclosure and that my loan has not been reinstated and remains in default. (See Attachments). I have been tirelessly working with Ms. Levin over the past 4 months trying to refinance with BB&T. I have given them documents and information that they asked for and was under the impression that the issue would be fairly and quickly resolved. Very truly yours,

☐ **I want the CFPB to publish this description on consumerfinance.gov so that others can learn from my experience.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

1. To achieve a Total Reinstatement with BB&T of my Home Equity Line of Credit with the terms and conditions set forth in my loan origination. 2. Full and Complete elimination and removal and credit of all fees, penalties and late charges 3. Restoring my credit history and removing the delinquent status from all credit reporting agencies immediately I was advised by an attorney that there is a Reliance Clause and Performance Clause that BB&T should be held accountable to by law. I relied on the annual renewal terms of this Agreement to remain in compliance and pay monthly installments each month, and I met the Performance criteria by making my monthly payments on time.

# Step 4

## What company is this complaint about?

**COMPANY INFORMATION**

BB&T BANK

**LOAN NUMBER**

9280773341-6001

# Step 5

## What people are involved?

### YOUR CONTACT INFORMATION

Dr. Robin L Smith

drrobin@drrobinsmith.com

6945 Scotforth Road
Philadelphia, Pennsylvania 19119
United States

### ADDITIONAL POINT OF CONTACT

Doria K Sutton, Esq.
Family member

doria.sutton@gmail.com

6945 Scotforth Road
Philadelphia, Pennsylvania 19119
United States

### ALLOW THIS PERSON ACCESS TO THE COMPLAINT?

Yes

# About us

The CFPB is an independent federal agency built to protect consumers. We write and enforce rules that keep banks and other financial companies operating fairly. We also educate and empower consumers, helping them make more informed choices to achieve their financial goals.

## HAVE A QUESTION? ¿PREGUNTAS?

(855) 411-2372

**Privacy Act Statement**

Have a question? ¿Preguntas?
(855) 411-2372

OMB #3170-0011

 An official website of the United States Government

# *Dr. Robin L. Smith*

August 8, 2017

Mr. Kelly S. King
Chairman and CEO
BB&T Corporation
200 W 2nd Street
Winston Salem, NC 27101

Re: 6945 Scotforth Road, Philadelphia, Pa. 19119
Loan # 9280773341-6001

Dear Mr. King,

My name is Dr. Robin L. Smith. I was a long-standing customer of National Penn Bank and now am a very dissatisfied customer of BB&T.

BB&T claims my loan matured on December 15, 2016, after nine years of continuous renewals and without a single missed payment. I am writing to inform you of what is going in the bank you lead and to let you know that I am appalled and find the actions of BB&T reprehensible, and some in your industry that I have discussed my situation with say that the practices of your bank could be considered unlawful and criminal. My most recent experience with BB&T is a sad commentary on your organization and has made this letter to you urgent and necessary.

In 2009, I became a customer of National Penn Bank's private banking division, and secured an Executive Home Equity Line of Credit in the amount of $250,000.00. I paid my monthly installments on time and was renewed without exception on an annual basis. When National Penn Bank was acquired by BB&T in April of 2016, to my understanding, BB&T disbanded the Private Banking Division, and without my knowledge converted my existing Executive Home Equity Line of Credit into a Residential Home Equity Line of Credit (the "Line"). During this transition, I continued paying on time and anticipated that the Line would be renewed as it had been for the last eight (8) years.

On February 28, 2017, to my shock and without any warning, on I received a phone call from Yolanda, a BB&T representative informing me that my payment was late. I told Yolanda that was impossible because my payment by check had cleared. Yolanda informed me that my payment had not been received and that I owed the principle of $250,000.00 in full in addition to a "Late Charge" of $24,563.12. Yolanda said this was due to the line of credit maturing. I had no idea this was happening nor did anyone at the BB&T Chestnut Hill branch. I immediately called my private bankers at National Penn Bank and learned that with the merger, they were displaced and therefore, I had no direct private banker to contact. I asked Yolanda, the BB&T representative to provide me with the name of the head of Private Banking at which time; she informed me that she was not familiar with that department and that BB&T did not have a private banking division. I immediately contacted my local branch in Chestnut Hill, Philadelphia and spoke with Deborah Levin, V.P. and Market Leader and made an appointment to discuss the situation with her. When meeting with Ms. Levin, we discussed the situation and my shock after having had a seamless and very positive experience with National Penn Bank for the 8 years before they were acquired by BB&T. Ms. Levin assured me that she would look into the matter and that we would resolve it quickly and said not to worry.

6945 Scotforth Road, Philadelphia, Pennsylvania 19119
Phone: (215) 790-1160
Web Site: WWW.DRROBINSMITH.COM

Additionally, BB&T is reporting the loan delinquent, adversely impacting my credit score. As a direct result of this negative reporting, I have had one of my business lines of credit closed and am having difficulty securing financing with other financial institutions.

Based on the past pattern and practice of the servicing of my Line, I had every reason to trust and expect that BB&T would renew the Line on the same terms. However, BB&T has refused and continues to seek full repayment of the principle plus late fees. I have made every attempt to restructure and refinance the Line, but BB&T was unwilling to find a solution.

On October 1, 2016, I was involved in a very serious automobile accident which left me injured and in ICU at Lankenau Hospital in Wynnewood, PA. I was diagnosed with a serious concussion, unable to work and I continue to remain in weekly treatment at Bryn Mawr Rehabilitation Hospital in Malvern, PA on their brain injury unit for this medical trauma. During this time frame, I continued to pay my monthly installment in full despite severe physical limitations and cognitive challenges associated with the concussion from the accident. Ms. Deborah Levin, Vice President, BB&T, Chestnut Hill Branch is aware of my current medical condition and I have communicated the same to BB&T via email through Ms. Levin.

I am a successful business person and I have worked with and for some of the most successful, powerful and financially wealthy people in the world. I have **never** experienced the callous neglect and incompetence of an organization such as I have with BB&T.

If I did not have the personal agency and resources, as well as connections to influential people, I would unnecessarily be forced to lose my home and all that I have worked to acquire over more than 25 years, simply because BB&T attempted to tie my hands behind my back while attaching a cement block to my financial feet, to throw my worthy life over a high bridge to drown and die.  I will not allow BB&T to harm what I have worked my entire life building.

This process with BB&T has been sinfully time consuming and has caused enormous emotional stress and further harmed me and my medical, psychological and cognitive recovery, making it that much harder for me to return to work. I am distraught over this entire situation. This situation is causing unimaginable stress on my health and relationships as well as costing money.

I have given BB&T multiple opportunities to repair and resolve this awful and unjust situation and am left with no other choice than to take whatever legal and media measures are necessary to expose BB&T's unfair and unlawful practices, if you choose to ignore my letter and the complaint filed with the CFPB. Finally, my significant other, who has the assets, income and credit rating to refinance my line, was denied the opportunity to help me refinance the Line based on internal bureaucracy within your bank.

As the Chairman and CEO of BB&T, I hold you accountable and responsible for the actions of your organization that are harming and damaging my life, health, reputation and career.

Very truly yours,

Dr. Robin L. Smith

cc: D. Sutton, Esq.



**cfpb** Consumer Financial Protection Bureau

August 31, 2017

Dr. Robin L Smith
6945 Scotforth Rd
Philadelphia, Pennsylvania 19119-3711

## Summary of your complaint

Complaint number: 170801-2304087
Legacy Reference Number:
Company: BB&T CORPORATION
Product: Mortgage
Sub Product: Home equity loan or line of credit (HELOC)
Issue: Struggling to pay mortgage
Sub issue:
Status: Company responded

## Description

Dear Consumer Financial Protection Bureau: I had an existing Home Equity Line of Credit in the amount of $250,000.00 since 2009 with National Penn Bank. I paid my monthly installments on time and was renewed on an annual basis. National Penn Bank was acquired by BB&T in April of 2016. During this transition, I continued paying on time and anticipated that my Home Equity Line of Credit would be renewed as it had been for the last nine (9) years. I had no reason to believe otherwise. Unfortunately, on October 1, 2016, I was involved in a very serious automobile accident which left me injured and in ICU at Lankenau Hospital in Wynnewood, PA. I was diagnosed with a serious concussion and I continue to remain in weekly treatment at Bryn Mawr Rehabilitation Hospital in Malvern, PA in their brain injury unit for this medical trauma. During this timeframe, I continued to pay my monthly installment in full despite several physical limitations and cognitive challenges associated with the concussion from the accident. Ms. Deborah Levin, Vice President, BB&T, Chestnut Hill Branch is aware of my current medical condition and I have communicated the same to BB&T via email through Ms. Levin. To my shock and without any warning, on February 28, 2017, I received a phone call from Yolanda, a BB&T representative informing me that my payment was late. I told Yolanda that was impossible because my payment by check had cleared. Yolanda informed me that my payment had not been received and that I owed the principle of $250,000.00 in addition to a ?Late Charge? of $24,563.12. Yolanda said this was due to the line of credit maturing. I had no idea this was happening nor did anyone at the BB&T Chestnut Hill branch. I immediately called my private bankers at National Penn Bank and learned that with the merger, they were displaced and therefore, I had no direct private banker to contact. I asked Yolanda to provide me with the name of the head of Private Banking at which time she informed me that she was

not familiar with that department and that BB&T did not have a private banking division. I immediately contacted my local branch in Chestnut Hill, Philadelphia and spoke with Deborah Levin, V.P., and made an appointment to discuss the situation with her. When meeting with Ms. Levin, we discussed the situation and my shock after having had a seamless and very positive experience with National Penn Bank for 9 years. Ms. Levin assured me that she would look into the matter and that we would resolve it quickly. I have been making my monthly payments as I've done for the last 9 years having no idea that anything had changed other than the name of the bank. After several months of working diligently with Ms. Levin for a resolution to this situation, I learned two weeks ago that BB&T had not only called the loan but was reporting me to the credit bureaus as delinquent since February 2017. To my horror, BB&T is negatively impacting my over 800 point credit score based on their reporting delinquent status. I pay the monthly payments on time as I have done since the inception of the line of credit. I requested that BB&T contact the credit reporting agencies and immediately remove the delinquent status so that my true credit score and rating can be restored. BB&T has not worked with me fairly to even address the annual renewal of my Home Equity Line of Credit which I have successfully renewed for the past 8 years with National Penn Bank before they were acquired by BB&T. I was advised to continue making my monthly payments until resolution was reached. On July 24, 2017, I received two letters from BB&T returning my payments for June and July 2017, defining them as ?partial payments? and informing me that that they could not accept the payments due to my account being placed in foreclosure and that my loan has not been reinstated and remains in default. (See Attachments). I have been tirelessly working with Ms. Levin over the past 4 months trying to refinance with BB&T. I have given them documents and information that they asked for and was under the impression that the issue would be fairly and quickly resolved. Very truly yours,

## Desired Resolution

1. To achieve a Total Reinstatement with BB&T of my Home Equity Line of Credit with the terms and conditions set forth in my loan origination. 2. Full and Complete elimination and removal and credit of all fees, penalties and late charges 3. Restoring my credit history and removing the delinquent status from all credit reporting agencies immediately I was advised by an attorney that there is a Reliance Clause and Performance Clause that BB&T should be held accountable to by law. I relied on the annual renewal terms of this Agreement to remain in compliance and pay monthly installments each month, and I met the Performance criteria by making my monthly payments on time.

BB&T

Branch Banking and Trust Company

August 10, 2017

Dr. Robin L. Smith
301 Leavie Drive
Philadelphia, PA 27863-8384

Reference: Consumer Financial Protection Bureau complaint, case#: 170801-2304087

Dear Dr. Smith:

We are responding to you regarding the complaint filed with the Consumer Financial Protection Bureau. Your complaint states the following: You were a National Penn merger client and had a Home Equity Line of credit that you renewed on an annual basis. You continued to pay on time and thought the Line would be renewed as it had in the past. You were injured in an automobile accident which left you injured. You have made BB&T aware of your medical situation. Without any warning on February 28, 2017 you received a phone call stating your Line of Credit was matured and you owed the principle balance of $250,000.00 plus late fees which were $24,563.12. You stated you have made payments until a resolution could be reached but your payments were returned to you. You spoke with Market Leader Deborah Levin and discussed other options with you and promised to resolve. Your desired resolution is to have BB&T reinstate the Home Equity Line of Credit, correct your credit rating where BB&T has reported negatively as you replied to the renewal.

Our research shows your Home Equity Line of Credit ending in 3341 matured December 2016. The Home Equity Line of Credit Agreement dated and signed August 10, 2009 states *"Your Credit Line Account is payable in full upon maturity in a single balloon payment. You must pay the entire outstanding principal, interest and any other charges then due. Unless otherwise required by applicable law, we are under no obligation to refinance the balloon payment at that time."* The maturity date was modified to December 12, 2015 as evidenced in the Change In Terms Agreement signed and dated August 11, 2015. A letter, notifying you of the maturity, was mailed to you in November 2016.

A loan modification request was denied on May 23, 2017 due to excessive obligation and change in income.

The payments were returned due to the loan being in a foreclosure status. As the account remains in foreclosure we are unable to re-instate the Home Equity Line of Credit. A request to waive the late fee in the amount of $22,026.27 has been submitted and pending on your behalf. You will be contacted when a decision is reached.

We are required to comply with the provisions of The Fair Credit Reporting Act and Bank Policy which require us to report accurate information to the Credit Reporting Agencies. We do not



**Branch Banking and Trust Company**

make changes to information we have reported to the Credit Reporting Agencies unless a bank error is identified.

Your concerns related to the client service you experienced were shared with BB&T Regional Management to address as appropriate. Please accept my personal apology for our failure to deliver to you the perfect client experience. Our mission at BB&T is to develop mutually beneficial relationships with our clients and provide high quality service consistently. We strive to deliver the experience reflected in our mission with every client interaction.

Thank you again for the opportunity to address these concerns. We value you and appreciate the feedback provided. If you have any further questions or concerns, please do not hesitate to contact your local financial center.

Sincerely,

Cravon A. Williams
Senior Vice President
Complaint Resolution Manager

CAW/ml

# EXHIBIT G

| CBCInnovis<br>PO BOX 1667<br>PITTSBURGH PA 15230 | **CBCInnovis** | Phone:  800-216-3463<br>Fax:      800-688-7816 |
|---|---|---|

## INFILE CREDIT REPORT

| PREPARED FOR:<br>SANTANDER BANK<br>1 ALDWYN CENTER<br>VILLANOVA PA 19085<br><br>ATTENTION:<br>MCNICHOL, DENNIS | PROPERTY ADDRESS:<br>6945 SCOTFORTH AVE<br>PHILADELPHIA PA 19119<br>PHILADELPHIA<br><br>REPORT TYPE:INDIVIDUAL | COMPUTER ID #:<br>717199141919966<br>LENDER CASE #:<br>1707181454 | DATE RECEIVED:07/18/17<br><br>DATE COMPLETED:07/18/17 |
|---|---|---|---|

### APPLICANT

INPUT INFORMATION:
NAME: ROBIN L SMITH
SSN:   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          DOB:11/29/62
6945 SCOTFORTH RD
PHILADELPHIA PA 19119     OWN:X

CURRENT ADDRESS:
4061 PO BOX 4061
PHILADELPHIA PA 19118-8061
SINCE:05/08

PREVIOUS ADDRESS:
8905 CARLISLE RD
WYNDMOOR PA 19038-7411
FROM:12/10/05

PREVIOUS ADDRESS:
6945 SCOTFORTH RD
PHILADELPHIA PA 19119-3711
FROM:01/05/07

### EMPLOYMENT INFORMATION

PRESENT EMPLOYMENT:
FEARLESS WON LLC
PA
FROM:07/24/09
POSITION:       PRESIDENT

PREVIOUS EMPLOYMENT:
SELF
PHILADELPHIA PA
FROM:06/02/07
POSITION:       PHYSICOLOGIST
DATE VER:      06/07

### SCORING

1   CLASSIC 04 SCORE            +801                         TRU
    TOO MANY INQUIRIES IN THE LAST 12 MONTHS
    NO RECENT REVOLVING BALANCES
    INSUFFICIENT LENGTH OF CREDIT HISTORY
        8      24     14

1   FAIR ISAAC SCORE 2          +662                         XPN
    SERIOUS DELINQUENCY
    TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
    AMOUNT PAST DUE TO ACCOUNTS
    PROPORTION OF BALANCE TO HIGH CREDIT ON REVOLVING ACCOUNTS
        39     13     21     10

1   BEACON 5.0 SCORE            +629                         EFX
    SERIOUS DELINQUENCY
    AMOUNT OWED ON DELINQUENT ACCOUNT
    TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
    TOO MANY INQUIRIES IN THE LAST 12 MONTHS
        39     34     13     8

### REGULATORY MESSAGES

1   FACT ACT:THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY     EFX
    AFFECTED THE CREDIT SCORE

1   FACT ACT:THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY     TRU
    AFFECTED THE CREDIT SCORE WITH NO DEROGATORY INFORMATION FOUND ON THE FILE

1   FACT ACT:THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY     XPN
    AFFECTED THE CREDIT SCORE

**PAGE 1**                                                          **(1 of 9)**

## APPLICANT

| | | |
|---|---|---|
| **NAME:** ROBIN L SMITH | | |
| **S.S.N :** 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 | | **Date Received:** 07/18/17 |

### PUBLIC RECORD INFORMATION

1. STATE TAX LIEN RELEASE        FILED-11/14        LACT-05/15   LXN      *
CASE- 141103011
                           AMT-989
COURT- PHILADELPHIA COUNTY PROTHONOTARY

### CREDIT HISTORY

| E C O A | CREDITOR ACCOUNT NO | RPTD | LAST ACT | OPND | LIMIT OR HIGHEST CREDIT | BALANCE OWING | AMOUNT PAST DUE | TERMS PYMT AMT | TYPE/RATE VENDOR | NO MOB HIST REV | 30 DAYS | 60 DAYS | 90 DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SANTANDER BANK NA #8174064517919884 865 BROOK ST ROCKY HILL CT 06067 BYMAILONLY | 06/17 | 06/17 | 05/05 | 984000 | 787343 | | 360 M 5867 | MTG 01 REAL ESTATE XPN (EFX,TRU) | 99 | 0 0 0 111111111111 111111111111 | | |
| 1 | BB&T #6001 | 06/17 | 05/17 | 08/03 | 249421 | 273185 | 246624 | V 1007 | REV 05 HOME EQUITY XPN (EFX) | 12 | 1 1 2 543211111111 | | |
| | | | | | CLOSED - CONSUMER | | | | | | 05/17 4 04/17 3 06/17 5 | | |
| 1 | CITI #3033 (800) 950-5118 | 06/17 | 06/17 | 05/94 | 60000 | 58010 | 0 | V 1383 | REV 01 CREDIT CARD TRU (EFX,XPN) | 82 | 0 0 0 111111111111 111111111111 | | |
| 1 | BRCLYSBANKDE #7242 | 07/17 | 07/17 | 01/02 | 50000 FLEXIBLE SPENDING CREDIT CARD | 44907 | 0 | V 620 | REV 01 TRU (EFX,XPN) | 82 | 0 0 0 111111111111 111111111111 | | |
| 9 | AMEX #6863 P.O. BOX 981537 EL PASO TX 79998 (800) 874-2717 | 07/09 | 06/09 | 11/78 | 500 INACTIVE ACCOUNT | 0 | 0 | 0 | REV 01 CREDIT CARD TRU (EFX,XPN) | 78 | 0 0 0 111111111111 111111111111 | | |
| 9 | AMEX #3473 P.O. BOX 981537 EL PASO TX 79998 (800) 874-2717 | 04/08 | 03/08 | 04/06 | 11000 CLOSED - CONSUMER | 0 | 0 | 0 | REV 01 CREDIT CARD TRU (EFX) | 22 | 0 0 0 111111111111 111111111111 | | |
| 1 | AMEX DSNB #0276 | 06/17 CLOSED - CONSUMER | 05/12 | 03/09 | 300 | 0 | 0 | 0 | REV 01 CREDIT CARD TRU (EFX,XPN) | 70 | 0 0 0 111111111111 1111111XXXX1 | | |
| 1 | BB&T #2031 BB&T CREDIT DISPUTE DEPARTMENT WILSON NC 27894 | 06/16 | 06/16 | 08/09 | 249421 PURCHASED BY ANOTHER LENDER SOLD TO: SOLD TO BBT | 0 | 0 | 0 | REV 01 LINE OF CREDIT TRU (EFX,XPN) | 82 | 0 0 0 111111111111 111111111111 | | |
| 1 | CAP ONE / STOREHOUSE #4791 (302) 478-9056 | 10/09 | 08/07 | 08/06 | 0 PAID AND CLOSED | 0 | | M | REV 01 CHARGE ACCOUNT EFX | 37 | 0 0 0 | | |
| 1 | CAP ONE / STOREHOUSE #4455 (302) 478-9056 | 07/09 | 01/04 | 07/03 | 0 PAID AND CLOSED | 0 | | M | REV 01 CHARGE ACCOUNT EFX | 71 | 0 0 0 | | |

## APPLICANT

**NAME:** ROBIN L SMITH
**S.S.N :** 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

**Date Received:** 07/18/17

### CREDIT HISTORY

| E C O A | CREDITOR ACCOUNT NO | RPTD | LAST ACT | OPND | LIMIT OR HIGHEST CREDIT | PRESENT STATUS BALANCE OWING | AMOUNT PAST DUE | TERMS PYMT AMT | TYPE/RATE VENDOR | HISTORICAL STATUS NO MOS HIST REV | 30 DAYS | 60 DAYS | 90 DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CAP1/NEIMN #7326 (800) 685-6695 | 04/17 | 11/12 | 09/93 | 15000 | 0 | 0 | 0 | REV 01 CHARGE ACCOUNT TRU (EFX,XPN) | 82 111111111111 111111111111 | 0 | 0 | 0 |
| 1 | CAP1/SONY #0122 (800) 695-6950 | 08/09 CLOSED | 08/09 | 06/07 | 8500 | 0 | 0 | 0 | REV 01 CHARGE ACCOUNT TRU (EFX,XPN) | 26 111111111111 111111111111 | 0 | 0 | 0 |
| 1 | CAP1/STORE #2100 PO BOX 15524 WILMINGTON DE 19850 BYMAILONLY | 04/09 PAID ACCOUNT/ZERO BALANCE | 08/07 | 08/06 | 0 | 0 | | 0 | REV 01 CHARGE ACCOUNT XPN | 32 X11111111111 111111111111 | 0 | 0 | 0 |
| 1 | CAPITAL ONE / SONY #0473 (800) 207-1100 | 07/09 PAID AND CLOSED | 01/05 | 01/04 | 0 | 0 | | M | REV 01 CHARGE ACCOUNT EFX | 66 | 0 | 0 | 0 |
| 1 | CAPITALONE #5787 15000 CAPITAL ONE DR RICHMOND VA 23238 (800) 955-7070 | 04/09 CLOSED – CREDIT GRANTOR PAID ACCOUNT/ZERO BALANCE | 10/04 | 09/03 | 30029 | 0 | | 1 M | REV 01 CREDIT CARD XPN (EFX) | 68 X11111111111 111111111111 | 0 | 0 | 0 |
| 1 | CITIZENS BANK #0411 1 CITIZENS DR RIVERSIDE RI 02915 (401) 456-7000 | 02/09 PAID ACCOUNT/ZERO BALANCE | 02/03 | 08/02 | 2000 | 0 | | 0 | REV 01 LINE OF CREDIT XPN | 79 X11111111111 111111111111 | 0 | 0 | 0 |
| 1 | CITIZENS BANK #0420 1 CITIZENS DR RIVERSIDE RI 02915 (401) 456-7000 | 02/09 PAID ACCOUNT/ZERO BALANCE | 01/03 | 08/02 | 2000 | 0 | | 0 | REV 01 LINE OF CREDIT XPN | 79 X11111111111 111111111111 | 0 | 0 | 0 |
| 1 | CITIZNSBNKNA #8730 1 CITIZENS DR RIVERSIDE RI 02915 (800) 708-6680 | 06/17 | 06/02 | 12/99 | 10000 | 0 | 0 | 0 | REV 01 LINE OF CREDIT TRU (EFX,XPN) | 82 111111111111 111111111111 | 0 | 0 | 0 |
| 1 | DISCOVERBANK #4696 POB 15316 WILMINGTON DE 19850 (800) 347-2683 | 01/10 CLOSED | 12/09 | 03/05 | 8000 | 0 | 0 | 0 | REV 01 CREDIT CARD TRU (EFX,XPN) | 55 111111111111 111111111111 | 0 | 0 | 0 |
| 1 | DSNB BLOOM #4824 PO BOX 8218 MASON OH 45040 | 06/17 CLOSED – CONSUMER | 05/12 | 03/09 | 100 | 0 | 0 | 0 | REV 01 CHARGE ACCOUNT TRU (EFX,XPN) | 82 111111111111 111111XXX11 | 0 | 0 | 0 |
| 2 | FIA CS #2641 (800) 421-2110 | 10/08 CLOSED – CONSUMER | | 12/05 | 200 | 0 | 0 | 0 | REV 01 CREDIT CARD TRU (EFX,XPN) | 34 1XXXXXXXXXXX XXXXXXXXXXXX | 0 | 0 | 0 |
| 1 | NATLPENNBK #0916 PHILADEPHIA & READING BOYERTOWN PA 19512 (610) 367-6001 | 08/09 CLOSED | 08/09 | 07/09 | 40000 | 0 | 0 | 0 | REV 01 LINE OF CREDIT TRU (EFX,XPN) | 0 | 0 | 0 | 0 |

## APPLICANT

| | |
|---|---|
| **NAME:** | ROBIN L SMITH |
| **S.S.N:** | 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 |

**Date Received:**   07/18/17

### CREDIT HISTORY

| E C O A | CREDITOR ACCOUNT NO | RPTD | LAST ACT | OPND | LIMIT OR HIGHEST CREDIT | PRESENT STATUS BALANCE OWING | AMOUNT PAST DUE | TERMS PYMT AMT | TYPE/RATE VENDOR | HISTORICAL STATUS NO MOS HIST REV | 30 DAYS | 60 DAYS | 90 DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SANTANDER BANK NA #6174064527376454 865 BROOK ST ROCKY HILL CT 06067 BYMAILONLY PAID ACCOUNT/ZERO BALANCE | 05/08 | 04/08 | 10/08 | 290000 | 0 | | 360 M | MTG 01 REAL ESTATE XPN (EFX,TRU) | 19 X111111111111 1111111 | 0 | 0 | 0 |
| 1 | SYNCB/SONYFN #0301 (866) 396-8254 INACTIVE ACCOUNT | 10/16 | 08/15 | 07/10 | 4500 | 0 | 0 | 0 | REV 01 CHARGE ACCOUNT TRU (EFX,XPN) | 74 111111111111 111111111111 | 0 | 0 | 0 |
| 1 | SYNCB/SYNCB #2810 (866) 396-8254 PAID AND CLOSED | 09/18 | 07/07 | 08/06 | 7000 | 0 | | M | REV 01 CHARGE ACCOUNT EFX (XPN) | 99 | 0 | 0 | 0 |

### DISPUTE SUMMARY

NO DISPUTE CHANGES FOUND

### INQUIRIES IN THE LAST 365 DAYS

| --DATE-- | ECOA | KOB | MEMBER-NO | | |
|---|---|---|---|---|---|
| 07/18/17 | 1 | B | 01794444 | SANTANDER BA | TRU |
| 06/08/17 | 1 | BB | 456BB09024 | BB&T | EFX |
| 05/02/17 | 1 | BB | 456BB09024 | BB&T | EFX |
| 03/10/17 | 1 | | 456BB09024 | BB&T | EFX |
| 02/02/17 | 1 | B BC | 00006675 1832320 | CHASE CARD CHASE CARD | TRU XPN |

### ADDITIONAL INFORMATION

| 1 | KNOWN ALIAS FORMER NAME: ROBIN SMITH-SIMPSON | EFX |
|---|---|---|
| 1 | KNOWN ALIAS FORMER NAME: ROBIN SMITH SIMPSON | EFX |
| 1 | KNOWN ALIAS KNOWN ALIAS: SIMPSON ROBIN SMITH | TRU |
| 1 | KNOWN ALIAS KNOWN ALIAS: ROBIN L SIMPSON | TRU |
| 1 | KNOWN ALIAS KNOWN ALIAS: ROBIN S SIMPSON | XPN |
| 1 | MISCELLANEOUS | CBC |

A SCORE DISCLOSURE LETTER WAS MAILED TO THE APPLICANT ON 07/18/2017.
THE REPOSITORIES ACCESSED WERE: EFX TRU XPN

## APPLICANT

**NAME:** ROBIN L SMITH
**S.S.N:** 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

Date Received: 07/18/17

### CONSUMER REFERRAL INFORMATION

```
EQUIFAX INFORMATION SERVICES LLC                      EFX199
WWW.EQUIFAX.COM
P O BOX 740241
ATLANTA, GA 30374-0241
800-685-1111

TRANSUNION                                            TRU17PH
HTTP://WWW.TRANSUNION.COM
2 BALDWIN PLACE, P.O. BOX 1000
CHESTER, PA 19016
800-888-4213

EXPERIAN                                              XPNTNJL
WWW.EXPERIAN.COM
701 EXPERIAN PARKWAY, P.O. BOX 2002
ALLEN, TX 75013-0036
888-397-3742

LEXISNEXIS RISK SOLUTIONS BUREAU LLC                  LXN
PROVIDER OF LIEN AND JUDGMENT RECORDS
PO BOX 105108
ATLANTA, GA 30348-5108
866-897-8126
```

ECOA Key: 1=Borrower, 2=Joint, 3=Authorized User, 4=Joint, 5=Co-Maker, 7=Maker, 8=Co-Borrower, 9=Terminated, 0=Undesignated
Applicant Account Ownership (Joint reports): B=Primary Applicant, C=Co-Applicant

### DISCLOSURE

**NATIONAL CREDIT REPOSITORY (IES) ACCESSED FOR THIS CREDIT REPORT: EQUIFAX, TRANSUNION, EXPERIAN**
Reporting bureau certifies with contractual requirements governing check of public records as well as credit information.
CBCINNOVIS CERTIFIES THIS REPORT CONTAINS INFORMATION SUPPLIED BY THE REPOSITORIES NAMED ABOVE. WHILE THIS REPORT MAY
CONTAIN DUPLICATE INFORMATION THAT HAS NOT BEEN VERIFIED BY CBCINNOVIS, THE CREDIT REPORT MEETS THE STANDARD SET FORTH BY
FNMA, FHLMC, HUD, FHA, AND VA GUIDELINES FOR REAL ESTATE TRANSACTIONS

### END OF REPORT

## APPLICANT

| NAME: | ROBIN L SMITH | |
|---|---|---|
| | | Date Received:   07/18/17 |

### DEROGATORY SUMMARY

1 STATE TAX LIEN RELEASE          FILED—11/14            LACT—05/15  LXN        *
CASE— 141103011
                                 AMT—989

COURT— PHILADELPHIA COUNTY PROTHONOTARY

### DEROGATORY SUMMARY

| E C O A | CREDITOR ACCOUNT NO | RPTD | LAST ACT | OPND | LIMIT OR HIGHEST CREDIT | PRESENT STATUS | | TERMS PYMT AMT | TYPE/RATE VENDOR | HISTORICAL STATUS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE OWING | AMOUNT PAST DUE | | | NO MOS HIST REV | 30 DAYS | 60 DAYS | 90 DAYS |
| 1 | BB&T #6001 | 06/17 | 05/17 | 08/09 | 249421 | 273185 | 248624 | V 1007 | REV 05 HOME EQUITY XPN (EFX) | 12 | 1 | 1 | 2 |
| | | | | | | | | | | 543211111111 | | | |
| | | CLOSED – CONSUMER | | | | | | | 05/17 4 04/17 3 06/17 5 | | | | |

### END OF DEROGATORY REPORT

CBCInnovis
PO BOX 1667
PITTSBURGH PA 15230

**CBCInnovis**
Help improve this report by giving us your feedback

Phone:  800-216-3463
Fax:   800-688-7816

## ID CROSS CHECK

| | | | |
|---|---|---|---|
| **PREPARED FOR:**<br>SANTANDER BANK<br>1 ALDWYN CENTER<br>VILLANOVA PA 19085<br><br>**ATTENTION:**<br>MCNICHOL, DENNIS | **PROPERTY ADDRESS:**<br>6945 SCOTFORTH AVE<br>PHILADELPHIA PA 19119<br>PHILADELPHIA<br><br>**REPORT TYPE:** INDIVIDUAL | **COMPUTER ID #:**<br>717199141919966<br>**LENDER CASE #:**<br>1707181454 | **DATE RECEIVED:** 07/18/17<br><br>**DATE COMPLETED:** 07/18/17 |

### APPLICANT

| | |
|---|---|
| **INPUT INFORMATION:**<br>**NAME:** ROBIN L SMITH       **DOB:** 11/29/62<br>6945 SCOTFORTH RD<br>PHILADELPHIA PA 19119      **OWN:** X | |

### REGULATORY MESSAGES

1   FACT ACT: THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY      EFX
    AFFECTED THE CREDIT SCORE

1   FACT ACT: THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY      TRU
    AFFECTED THE CREDIT SCORE WITH NO DEROGATORY INFORMATION FOUND ON THE FILE

1   FACT ACT: THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY      XPN
    AFFECTED THE CREDIT SCORE

### DECISION RESULTS

PASS   APPLICANT SSN INFORMATION VERIFIED

### EVALUATIONS

**95**
Identity Index

| 95 | Consumer Verified |

0          50          100
Not Verified          Verified

### Summary

| Input Information | Cross Check Category | Result | |
|---|---|---|---|
| **Name**<br>1 ROBIN L SMITH | Name Verification | ✓ | Name Matched |
| | Watch Lists (includes OFAC) | ✓ | Watch Lists Searched/No Match Found |
| **Address**<br>6945 SCOTFORTH RD<br>PHILADELPHIA PA 19119 | Address Verification | ✓ | Address Matched |
| | High Risk Address | ✓ | Address Cleared |
| **Social Security Number**<br>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 | Social Security Verification | ✓ | SSN Matched |
| | Other Identities Linked to SSN | ✓ | Cleared/No Other IDs Linked to SSN |
| | SSA Issuance | ✓ | SSN Issued |
| | SSA Death Master | ✓ | SSN Cleared |
| **Date of Birth**<br>11/29/62 | Date of Birth Verification | ✓ | Date of Birth Matched |
| **Phone Number** | Phone Number Verification | ? | No Input Provided |

**PAGE 1**                                            (7 of 9)

## APPLICANT

**NAME:** ROBIN L SMITH

**Date Received:** 07/18/17

| Consumer ID Verification | | | |
|---|---|---|---|

| | Name | Date First Received | Number Active Sources | Number Total Sources |
|---|---|---|---|---|
| 1 | ROBIN L SMITH | 01/23/99 | 4 | 8 |
| | ROBIN SMITH | 06/22/00 | 0 | 3 |

| | Address | | | |
|---|---|---|---|---|
| 1 | 6945 SCOTFORTH RD<br>PHILADELPHIA PA 19119-3711 | 03/28/04 | 2 | 5 |
| | PO BOX 4061<br>PHILADELPHIA PA 19118-8061 | 07/11/08 | 1 | 4 |
| | 8905 CARLISLE RD<br>GLENSIDE PA 19038-7411 | 02/10/07 | 1 | 2 |
| | 1650 MARKET ST FL 36<br>PHILADELPHIA PA 19103-7334 | 08/02/10 | 0 | 1 |
| | 210 W RITTENHOUSE SQ STE 4<br>PHILADELPHIA PA 19103-5771 | 02/18/09 | 0 | 1 |
| | 310 WADSWORTH AVE<br>PHILADELPHIA PA 19119-1127 | 01/23/99 | 0 | 1 |

| | Social Security Number | | | |
|---|---|---|---|---|
| 1 | 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 | 01/23/99 | 4 | 11 |

| | Date of Birth | | | |
|---|---|---|---|---|
| 1 | 11/29/62 | 07/21/00 | 4 | 11 |

| | Phone Number | | | |
|---|---|---|---|---|
| 1 | (215) 470-2803 | 07/31/09 | 1 | 3 |
| | (215) 848-2710 | 08/11/06 | 1 | 2 |
| | (215) 848-5242 | 03/28/04 | 1 | 1 |
| | (215) 790-1160 | 11/30/99 | 1 | 3 |

| Other Verifications | | | |
|---|---|---|---|

| | Watch Lists (includes OFAC) | | | |
|---|---|---|---|---|
| 1 | ROBIN L SMITH | Watch Lists Searched/No Match Found | | |

| | High Risk Address | | | |
|---|---|---|---|---|
| 1 | 6945 SCOTFORTH RD<br>PHILADELPHIA PA 19119 | Address Cleared | | |

| | SSA Issuance | State Of Issue | Issued Between | Input DOB |
|---|---|---|---|---|
| 1 | 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 | PENNSYLVANIA | 1975-1976 | 11/29/62 |

| | SSA Death Master | | | |
|---|---|---|---|---|
| 1 | 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 | SSN Cleared | | |

## APPLICANT

| NAME: | ROBIN L SMITH | | |
|---|---|---|---|
| | | Date Received: | 07/18/17 |

ECOA Key: 1=Borrower, 2=Joint, 3=Authorized User, 4=Joint, 5=Co-Maker, 7=Maker, 8=Co-Borrower, 9=Terminated, 0=Undesignated
Applicant Account Ownership (Joint reports): B=Primary Applicant, C=Co-Applicant

### DISCLOSURE

This report is governed by the Gramm-Leach-Bliley Act. It does not constitute a consumer report as defined by the Fair Credit Reporting Act (FCRA) and is not subject to the FCRA. This report should not be used as a basis upon which to make a decision of whether or not to extend credit or as a basis for taking any "adverse action" as that term is defined in the FCRA.

### END OF REPORT

| 1 ALDWYN CENTER<br>VILLANOVA PA 19085 | **SANTANDER BANK**<br>Your Credit Score and the Price<br>You Pay for Credit | LENDER CASE #: 1707161454<br>COMPUTER ID #: 717199141919066 |
|---|---|---|

## Applicant

**NAME:** ROBIN L SMITH
6945 SCOTFORTH RD
PHILADELPHIA PA 19119

## Your Credit Score

| Your credit score | +662<br>Source: Experian<br>Date: 07/18/2017 |
|---|---|

## Understanding Your Credit Score

| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. |
|---|---|
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | Experian scores range from a low of 320 to a high of 844.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers | Experian  |
| Key factors that adversely affected your credit score | Experian    SERIOUS DELINQUENCY<br>TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN<br>AMOUNT PAST DUE TO ACCOUNTS<br>PROPORTION OF BALANCE TO HIGH CREDIT ON REVOLVING ACCOUNTS<br>THE NUMBER OF INQUIRIES HAS ADVERSELY AFFECTED THE CREDIT SCORE |

## Checking Your Credit Report

| | |
|---|---|
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
| **How can you obtain a copy of your credit report?** | Under Federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report——<br><br>*By telephone:* Call toll-free:  1–877–322–8228<br><br>*On the web:* Visit www.annualcreditreport.com<br><br>*By mail:* Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's website at  http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348–5281 |
| **How can you get more information?** | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's website at www.consumerfinance.gov/learnmore. |

## Notice to the Home Loan Applicant

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

---

**Acknowledgement**

I have received the notices titled, "Your Credit Score and the Price You Pay for Credit" and the "Notice to the Home Loan Applicant."

Applicant's Signature: _____  Date: _____

Applicant's Name: _____
                       (Print)

---

## Contact Information for Credit Reporting Agencies

| EQUIFAX INFORMATION SERVICES | EXPERIAN | TRANSUNION CONSUMER RELATIONS |
|---|---|---|
| www.equifax.com | www.experian.com/reportaccess | www.transunion.com/myoptions |
| PO BOX 740241 | 701 EXPERIAN PARKWAY | 2 BALDWIN PLACE |
| ATLANTA, GA 30374–0241 | P.O. BOX 2002 | P.O. BOX 1000 |
| 800–685–1111 | ALLEN, TX 75013 | CHESTER, PA 19022 |
| | 888–397–3742 | 800–888–4213 |

# EXHIBIT H

CBCinnovis
PO BOX 1667
PITTSBURGH PA 15230

Phone:   800-216-3463
Fax:     800-688-7816

## INFILE CREDIT REPORT

| | | |
|---|---|---|
| **PREPARED FOR:**<br>SANTANDER BANK<br>1 ALDWYN CENTER<br>VILLANOVA PA 19085<br><br>**ATTENTION:**<br>MCNICHOL, DENNIS | **PROPERTY ADDRESS:**<br>6946 SCOTFORTH RD<br>PHILADELPHIA PA 19119<br>PHILADELPHIA<br><br>**REPORT TYPE:**INDIVIDUAL | **COMPUTER ID #:**<br>718246172627266<br>**LENDER CASE #:**<br>1809050261 |

**DATE RECEIVED:**09/05/18

**DATE COMPLETED:**09/05/18

### APPLICANT

**INPUT INFORMATION:**
NAME:  ROBIN L SMITH
SSN:    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          **DOB:**11/29/62
6945 SCOTFORTH RD
PHILADELPHIA PA 19119        **OWN:**X

**CURRENT ADDRESS:**
6945 SCOTFORTH RD
PHILADELPHIA PA 19119-3711
**SINCE:**01/07

**PREVIOUS ADDRESS:**
8905 CARLISLE RD
WYNDMOOR PA 19038-7411
**FROM:**12/10/05

**PREVIOUS ADDRESS:**
4061 PO BOX 4061
PHILADELPHIA PA 19118-8061
**FROM:**05/30/08

### EMPLOYMENT INFORMATION

**PRESENT EMPLOYMENT:**
DR ROBIN L SMITH
**FROM:**09/05/18
**POSITION:**    AUTHOR

**PREVIOUS EMPLOYMENT:**
FEARLESS WON LLC
PHILADELPHIA PA
**FROM:**07/24/09
**POSITION:**    PRESIDENT
**DATE VER:**    07/09

### SCORING

| 1 | BEACON 5.0 SCORE | +698 | | EFX |
|---|---|---|---|---|
| | SERIOUS DELINQUENCY<br>TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN<br>TOO MANY INQUIRIES IN THE LAST 12 MONTHS<br>    39      13      8 | | | |
| 1 | FAIR ISAAC SCORE 2 | +693 | | XPN |
| | SERIOUS DELINQUENCY<br>PROPORTION OF BALANCE TO HIGH CREDIT ON REVOLVING ACCOUNTS<br>AMOUNT PAST DUE TO ACCOUNTS<br>LEVEL OF DELINQUENCY ON ACCOUNTS<br>    39      10      21      2 | | | |
| 1 | CLASSIC 04 SCORE | +614 | | TRU |
| | SERIOUS DELINQUENCY<br>TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN<br>AMOUNT PAST DUE ON ACCOUNTS<br>    39      13      21 | | | |

### REGULATORY MESSAGES

| 1 | FACT ACT:THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY<br>AFFECTED THE CREDIT SCORE | EFX |
|---|---|---|

### PUBLIC RECORD INFORMATION

NO PUBLIC RECORDS FOUND

## APPLICANT

| NAME: | ROBIN L SMITH | | |
| S.S.N : | 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 | Date Received: | 09/05/18 |

### CREDIT HISTORY

| E C O A | CREDITOR ACCOUNT NO | RPTD | LAST ACT | OPND | LIMIT OR HIGHEST CREDIT | PRESENT STATUS | | | TYPE/RATE VENDOR | HISTORICAL STATUS | | | |
| | | | | | | BALANCE OWING | AMOUNT PAST DUE | TERMS PYMT AMT | | NO MOS HIST REV | 30 DAYS | 60 DAYS | 90 DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SANTANDER BK #617408451791984 PO BOX 12646 READING PA 19612 (847) 619-5535 | 07/18 | 07/16 | 05/05 | 984000 | 759176 | | 360 M 5887 | MTG 01 REAL ESTATE TRU (EFX,XPN) | 82 | 0 111111111111 111111111111 | 0 | 0 |
| | CONVENTIONAL REAL ESTATE MORTGAGE | | | | | | | | | | | | |
| | BB&T #6001 (800) 226-5228 | 07/18 | 05/17 | 08/09 | 249421 | 263624 | 263624 | | REV 09 HOME EQUITY EFX (XPN,TRU) | 0 | | | |
| | CLOSED DATE 07/01/2018 ACCOUNT CLOSED AT CONSUMERS REQUEST CHARGE OFF VARIABLE/ADJUSTABLE RATE PURCHASED FROM: BB T CLOSED | | | | | | | | | | | | |
| 1 | BRCLYSBANKDE #7242 | 08/18 | 07/18 | 01/02 | 50000 | 52323 | 0 | V 796 | REV 01 TRU (EFX,XPN) | 82 | 0 111111111111 111111111111 | 0 | 0 |
| | FLEXIBLE SPENDING CREDIT CARD | | | | | | | | | | | | |
| 1 | CITI #3033 (800) 950-5118 | 08/18 | 08/18 | 05/94 | 60000 | 50473 | 0 | V 1210 | REV 01 CREDIT CARD TRU (EFX,XPN) | 82 | 0 111111111111 111111111111 | 0 | 0 |
| 1 | CAP1/NEIMN #7326 (800) 685-6696 | 08/18 | 08/18 | 09/93 | 15000 | 869 | 0 | V 869 | REV 01 CHARGE ACCOUNT TRU (EFX,XPN) | 82 | 0 111111111111 111111111111 | 0 | 0 |
| 9 | AMEX #6863 (800) 874-2717 | 07/09 | 06/09 | 11/78 | 500 | 0 | 0 | 0 | REV 01 CREDIT CARD TRU (EFX,XPN) | 78 | 0 111111111111 111111111111 | 0 | 0 |
| | INACTIVE ACCOUNT CLOSED DATE: 06/16/2009 | | | | | | | | | | | | |
| 1 | AMEX DSNB #0276 | 08/18 | 05/12 | 03/09 | 300 | 0 | 0 | 0 | REV 01 CREDIT CARD TRU (EFX,XPN) | 82 | 0 111111111111 111111111111 | 0 | 0 |
| | CLOSED – CONSUMER CLOSED DATE: 05/03/2012 | | | | | | | | | | | | |
| 1 | BB & T #1350 (800) 822-3321 | 06/16 | 05/16 | 08/09 | 249421 | 0 | | M | REV 01 LINE OF CREDIT EFX (XPN) | 82 | 0 111111111111 111111111111 | 0 | 0 |
| | CLOSED DATE: 06/01/2016 SOLD TO: SOLD TO BB T TRANSFER/SOLD | | | | | | | | | | | | |
| 1 | CAP ONE / STOREHOUSE #4791 (302) 478-9056 | 10/09 | 08/07 | 08/06 | 0 | 0 | 0 | M | REV 01 CHARGE ACCOUNT EFX | 37 | 0 | 0 | 0 |
| | CLOSED DATE: 10/01/2009 PAID AND CLOSED | | | | | | | | | | | | |
| 1 | CAP ONE / STOREHOUSE #4455 (302) 478-9056 | 07/09 | 01/04 | 07/03 | 0 | 0 | 0 | M | REV 01 CHARGE ACCOUNT EFX | 71 | 0 | 0 | 0 |
| | CLOSED DATE: 04/01/2006 PAID AND CLOSED | | | | | | | | | | | | |
| 1 | CAP1/SONY #0122 (800) 695-6950 | 08/09 | 08/09 | 06/07 | 8500 | 0 | 0 | | REV 01 CHARGE ACCOUNT TRU (EFX,XPN) | 26 | 0 111111111111 111111111111 | 0 | 0 |
| | CLOSED CLOSED DATE: 08/15/2009 | | | | | | | | | | | | |

## APPLICANT

| NAME: | ROBIN L SMITH | | |
|---|---|---|---|
| S.S.N : | 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 | Date Received: | 09/05/18 |

### CREDIT HISTORY

| B C O A | CREDITOR ACCOUNT NO | RPTD | LAST ACT | OPND | LIMIT OR HIGHEST CREDIT | BALANCE OWING | AMOUNT PAST DUE | TERMS PYMT AMT | TYPE/RATE VENDOR | NO MOS HIST REV | 30 DAYS | 60 DAYS | 90 DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CAP1/STORE #2100 PO BOX 15524 WILMINGTON DE 19850 BYMAILONLY | 04/09 | 08/07 | 08/06 | 0 | 0 | | 0 | REV 01 CHARGE ACCOUNT XPN | 32 | 0 | 0 | 0 |
| | PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | 111111111111 111111111111 | | |
| 1 | CAPITAL ONE / SONY #0473 (800) 207-1100 | 07/09 | 01/05 | 01/04 | 0 | 0 | | M | REV 01 CHARGE ACCOUNT EFX | 66 | 0 | 0 | 0 |
| | CLOSED DATE: 03/01/2007 PAID AND CLOSED | | | | | | | | | | | | |
| 1 | CAPITAL ONE BANK USA #546630235787 (800) 955-7070 | 04/09 | 10/04 | 09/03 | 30029 | 0 | | M | OPN 01 CREDIT CARD EFX (XPN) | 67 | 0 | 0 | 0 |
| | CLOSED DATE: 03/01/2009 CLOSED - CREDIT GRANTOR PAID AND CLOSED | | | | | | | | | | | | |
| 1 | CITIZENS BANK #0411 1 CITIZENS DR RIVERSIDE RI 02915 (401) 456-7000 | 02/09 | 02/03 | 08/02 | 2000 | | | 0 | REV 01 LINE OF CREDIT XPN | 79 | 0 | 0 | 0 |
| | PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | 111111111111 111111111111 | | |
| 1 | CITIZENS BANK #0420 1 CITIZENS DR RIVERSIDE RI 02915 (401) 456-7000 | 02/09 | 01/03 | 08/02 | 2000 | | | 0 | REV 01 LINE OF CREDIT XPN | 79 | 0 | 0 | 0 |
| | PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | 111111111111 111111111111 | | |
| 1 | CITIZNSBNKNA #8730 1 CITIZENS DR RIVERSIDE RI 02915 (800) 708-6680 | 08/18 | 08/18 | 12/99 | 10000 | 0 | 0 | 0 | REV 01 LINE OF CREDIT TRU (EFX,XPN) | 82 | 0 | 0 | 0 |
| | INACTIVE ACCOUNT CLOSED DATE: 08/09/2018 | | | | | | | | | | 111111111111 111111111111 | | |
| 1 | DISCOVERBANK #4686 (800) 347-2683 | 01/10 | 12/09 | 03/05 | 8000 | 0 | 0 | 0 | REV 01 CREDIT CARD TRU (EFX,XPN) | 58 | 0 | 0 | 0 |
| | CLOSED CLOSED DATE: 12/10/2009 | | | | | | | | | | 111111111111 111111111111 | | |
| 1 | DSNB BLOOM #4824 | 08/18 | 05/12 | 03/09 | 100 | 0 | 0 | 0 | REV 01 CHARGE ACCOUNT TRU (EFX,XPN) | 82 | 0 | 0 | 0 |
| | CLOSED - CONSUMER CLOSED DATE: 05/03/2012 | | | | | | | | | | 111111111111 111111111111 | | |
| 2 | FIA CS #2641 PO BOX 982238 EL PASO TX 79998 (800) 421-2110 | 10/08 | | 12/05 | 200 | | | 0 | REV 01 CREDIT CARD XPN | 34 | 0 | 0 | 0 |
| | CLOSED - CONSUMER | | | | | | | | | | 111111111111 111111111111 | | |
| 1 | NATLPENNBK #0916 PHILADEPHIA & READING BOYERTOWN PA 19512 (610) 367-6001 | 08/09 | 08/09 | 07/09 | 40000 | 0 | 0 | 0 | REV 01 LINE OF CREDIT TRU (EFX,XPN) | 0 | 0 | 0 | 0 |
| | CLOSED CLOSED DATE: 08/13/2009 | | | | | | | | | | | | |
| 1 | SYNCB/SONYFN #0301 (866) 396-8254 | 10/16 | 08/15 | 07/10 | 4500 | 0 | 0 | 0 | REV 01 CHARGE ACCOUNT TRU (EFX,XPN) | 74 | 0 | 0 | 0 |
| | INACTIVE ACCOUNT CLOSED DATE: 08/13/2015 | | | | | | | | | | 111111111111 111111111111 | | |

**PAGE 3**

(3 of 9)

## APPLICANT

**NAME:** ROBIN L SMITH
**S.S.N :** 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

**Date Received:**   09/05/18

### CREDIT HISTORY

| E C O A | CREDITOR ACCOUNT NO | RPTD | LAST ACT | OPND | LIMIT OR HIGHEST CREDIT | PRESENT STATUS BALANCE OWING | AMOUNT PAST DUE | TERMS PYMT AMT | TYPE/RATE VENDOR | HISTORICAL STATUS NO MOS HIST REV | 30 DAYS | 60 DAYS | 90 DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SYNCB/SYNCB #2810 (866) 396-8254 | 09/16 | 07/07 CLOSED DATE: 09/01/2008 PAID AND CLOSED | 08/06 | 7000 | 0 | | M | REV 01 CHARGE ACCOUNT EFX (XPN) | 99 | 0 | 0 | 0 |

### DISPUTE SUMMARY

NO DISPUTE CHANGES FOUND

### INQUIRIES IN THE LAST 365 DAYS

| ---DATE--- | ECOA | KOB | MEMBER-NO | | |
|---|---|---|---|---|---|
| 09/05/18 | 1 | B | 01794444 | SANTANDER BA | TRU |
| 03/02/18 | 1 | | 910UT49572 | VERIZONTEL | EFX |
| 09/05/17 | 1 | ZF | 1907182 | CBC INNOVIS | XPN |

### ADDITIONAL INFORMATION

| 1 | KNOWN ALIAS FORMER NAME: ROBIN SMITH-SIMPSON | EFX |
|---|---|---|
| 1 | KNOWN ALIAS FORMER NAME: ROBIN SMITH SIMPSON | EFX |
| 1 | KNOWN ALIAS KNOWN ALIAS: SIMPSON ROBIN SMITH | TRU |
| 1 | KNOWN ALIAS KNOWN ALIAS: ROBIN L SIMPSON | TRU |
| 1 | KNOWN ALIAS KNOWN ALIAS: ROBIN S SIMPSON | XPN |
| 1 | MISCELLANEOUS A SCORE DISCLOSURE LETTER WAS MAILED TO THE APPLICANT ON 09/05/2018, THE REPOSITORIES ACCESSED WERE: EFX TRU XPN | CBC |

### CONSUMER REFERRAL INFORMATION

EQUIFAX INFORMATION SERVICES LLC                                              EFX
WWW.EQUIFAX.COM
P O BOX 740241
ATLANTA, GA 30374-0241
800-685-1111

TRANSUNION                                                                   TRU
HTTP://WWW.TRANSUNION.COM
2 BALDWIN PLACE, P.O. BOX 1000
CHESTER, PA 19016
800-888-4213

## APPLICANT

| NAME: | ROBIN L SMITH | | |
|---|---|---|---|
| S.S.N: | 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 | Date Received: | 09/05/18 |

### CONSUMER REFERRAL INFORMATION

EXPERIAN                                                          XPN
WWW.EXPERIAN.COM
701 EXPERIAN PARKWAY, P.O. BOX 2002
ALLEN, TX 75013-0036
888-397-3742

LEXISNEXIS RISK SOLUTIONS BUREAU LLC               LXN
PROVIDER OF LIEN AND JUDGMENT RECORDS
PO BOX 105108
ATLANTA, GA 30348-5108
866-897-8126

ECOA Key: 1=Borrower, 2=Joint, 3=Authorized User, 4=Joint, 5=Co-Maker, 7=Maker, 8=Co-Borrower, 9=Terminated, 0=Undesignated
Applicant Account Ownership (Joint reports): B=Primary Applicant, C=Co-Applicant

### DISCLOSURE

**NATIONAL CREDIT REPOSITORY (IES) ACCESSED FOR THIS CREDIT REPORT: EQUIFAX, TRANSUNION, EXPERIAN**
Reporting bureau certifies with contractual requirements governing check of public records as well as credit information.

### END OF REPORT

## APPLICANT

| NAME: | ROBIN L SMITH | | |
|---|---|---|---|
| | | Date Received: | 09/05/18 |

### DEROGATORY SUMMARY

| E C O A | CREDITOR ACCOUNT NO | RPTD | LAST ACT | OPND | LIMIT OR HIGHEST CREDIT | PRESENT STATUS BALANCE OWING | AMOUNT PAST DUE | TERMS PYMT AMT | TYPE/RATE VENDOR | HISTORICAL STATUS NO MOS HIST REV | 30 DAYS | 60 DAYS | 90 DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BB&T #6001 (800) 226-5228 | 07/18 | 05/17 | 08/09 | 249421 | 263624 | 263624 | | REV 09 HOME EQUITY EFX (XPN,TRU) | 0 | | | |
| | CLOSED DATE:07/01/2018 ACCOUNT CLOSED AT CONSUMERS REQUEST CHARGE OFF VARIABLE/ADJUSTABLE RATE PURCHASED FROM: BB T CLOSED | | | | | | | | | | | | |

### END OF DEROGATORY REPORT
### PAGE 1

CBCInnovis
PO BOX 1667
PITTSBURGH PA 15230

Phone:   800-216-3463
Fax:      800-688-7816

## ID CROSS CHECK

| PREPARED FOR:<br>SANTANDER BANK<br>1 ALDWYN CENTER<br>VILLANOVA PA 19085<br><br>ATTENTION:<br>MCNICHOL, DENNIS | PROPERTY ADDRESS:<br>6945 SCOTFORTH RD.<br>PHILADELPHIA PA 19119<br>PHILADELPHIA<br><br>REPORT TYPE:INDIVIDUAL | COMPUTER ID #:<br>718248172627266<br>LENDER CASE #:<br>1809050261 | DATE RECEIVED:09/05/18<br><br>DATE COMPLETED:09/06/18 |
|---|---|---|---|

### APPLICANT

| INPUT INFORMATION:<br>NAME: ROBIN L SMITH<br>6945 SCOTFORTH RD<br>PHILADELPHIA PA 19119 | DOB:11/29/62<br><br>OWN:X | |
|---|---|---|

### FILE IDENTIFICATIONS

| ROBIN LYNN SMITH<br>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 | 11/29/62 | BOX 4061 BOX PO<br>PHILADELPHIA PA 19118 | EFX |
|---|---|---|---|
| ROBIN L SMITH DR<br>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 | 11/29/62 | 6945 SCOTFORTH RD<br>PHILADELPHIA PA 19119-3711 | TRU |
| ROBIN L SMITH<br>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 | 11/29/62 | 6945 SCOTFORTH RD<br>PHILADELPHIA PA 19119-3711 | XPN |
| ROBIN L SMITH | | NoRept | LXN |

### REGULATORY MESSAGES

1  FACT ACT:THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY     EFX
   AFFECTED THE CREDIT SCORE

### DECISION RESULTS

PASS  APPLICANT SSN INFORMATION VERIFIED

### Summary

| Input Information | Cross Check Category | Result |
|---|---|---|
| **Name**<br>1 ROBIN L SMITH | Name Verification | ✓ Name Matched |
| | Watch Lists (includes OFAC) | ✓ Watch Lists Searched/No Match Found |
| **Address**<br>6945 SCOTFORTH RD<br>PHILADELPHIA PA 19119 | Address Verification | ✓ Address Matched |
| | High Risk Address | ✓ Address Cleared |
| **Social Security Number**<br>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 | Social Security Verification | ✓ SSN Matched |
| | Other Identities Linked to SSN | ✓ Cleared/No Other IDs Linked to SSN |
| | SSA Issuance | ✓ SSN Issued |
| | SSA Death Master | ✓ SSN Cleared |
| **Date of Birth**<br>11/29/62 | Date of Birth Verification | ✓ Date of Birth Matched |
| **Phone Number** | Phone Number Verification | (?) No Input Provided |

**PAGE 1**                                                                 (7 of 9)

## APPLICANT

**NAME:** ROBIN L SMITH

**Date Received:** 09/05/18

### Consumer ID Verification

| | Name | Date First Received | Number Active Sources | Number Total Sources |
|---|---|---|---|---|
| 1 | ROBIN L SMITH | 01/23/99 | 3 | 6 |
| | ROBIN SMITH | 06/22/00 | 1 | 3 |
| | **Address** | | | |
| 1 | PO BOX 4061<br>PHILADELPHIA PA 19118-8061 | 07/11/08 | 2 | 3 |
| | 8905 CARLISLE RD<br>GLENSIDE PA 19038-7411 | 02/10/07 | 1 | 2 |
| | 6945 SCOTFORTH RD<br>PHILADELPHIA PA 19119-3711 | 03/28/04 | 1 | 4 |
| | 1650 MARKET ST FL 36<br>PHILADELPHIA PA 19103-7334 | 08/02/10 | 0 | 1 |
| | 210 W RITTENHOUSE SQ STE 4<br>PHILADELPHIA PA 19103-5771 | 02/18/09 | 0 | 1 |
| | 310 WADSWORTH AVE<br>PHILADELPHIA PA 19119-1127 | 01/23/99 | 0 | 1 |
| | **Social Security Number** | | | |
| 1 | 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 | 01/23/99 | 4 | 9 |
| | **Date of Birth** | | | |
| 1 | 11/29/62 | 07/21/00 | 4 | 9 |
| | **Phone Number** | | | |
| 1 | (215) 790-1160 | 11/30/99 | 2 | 3 |
| | (215) 848-2710 | 08/11/06 | 1 | 1 |
| | (215) 848-5242 | 03/28/04 | 1 | 1 |
| | (215) 470-2803 | 07/31/09 | 0 | 2 |

### Other Verifications

**Watch Lists (Includes OFAC)**

1 ROBIN L SMITH — Watch Lists Searched/No Match Found

**High Risk Address**

1 6945 SCOTFORTH RD PHILADELPHIA PA 19119 — Address Cleared

| | SSA Issuance | State Of Issue | Issued Between | Input DOB |
|---|---|---|---|---|
| 1 | 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 | PENNSYLVANIA | 1975-1976 | 11/29/62 |

**SSA Death Master**

1 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 — SSN Cleared

## APPLICANT

| NAME: | ROBIN L SMITH | | |
|---|---|---|---|
| | | Date Received: | 09/05/18 |

ECOA Key: 1=Borrower, 2=Joint, 3=Authorized User, 4=Joint, 5=Co-Maker, 7=Maker, 8=Co-Borrower, 9=Terminated, 0=Undesignated
Applicant Account Ownership (Joint reports): B=Primary Applicant, C=Co-Applicant

### DISCLOSURE

This report is governed by the Gramm-Leach-Bliley Act. It does not constitute a consumer report as defined by the Fair Credit Reporting Act (FCRA) and is not subject to the FCRA. This report should not be used as a basis upon which to make a decision of whether or not to extend credit, or as a basis for taking any "adverse action" as that term is defined in the FCRA.

## END OF REPORT

**SANTANDER BANK**
Your Credit Score and the Price
You Pay for Credit

1 ALDWYN CENTER
VILLANOVA PA 19085

LENDER CASE #: 1809050261
COMPUTER ID #: 718248172627266

## Applicant

| | |
|---|---|
| **NAME:** | ROBIN L SMITH |
| | 6945 SCOTFORTH RD |
| | PHILADELPHIA PA 19119 |

## Your Credit Score

| | |
|---|---|
| Your credit score | +693 |
| | Source: Experian |
| | Date: 09/05/2018 |

## Understanding Your Credit Score

| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report. Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. Your credit score can change, depending on how your credit history changes. |
|---|---|
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | Experian scores range from a low of 320 to a high of 844. Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers | Experian  |
| Key factors that adversely affected your credit score | Experian · SERIOUS DELINQUENCY · PROPORTION OF BALANCE TO HIGH CREDIT ON REVOLVING ACCOUNTS · AMOUNT PAST DUE TO ACCOUNTS · LEVEL OF DELINQUENCY ON ACCOUNTS |

## Checking Your Credit Report

| | |
|---|---|
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
| **How can you obtain a copy of your credit report?** | Under Federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report--<br><br>*By telephone:*  Call toll-free:  1–877–322–8228<br><br>*On the web:*  Visit www.annualcreditreport.com<br><br>*By mail:*  Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's website at  http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348–5281 |
| **How can you get more information?** | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's website at www.consumerfinance.gov/learnmore. |

## Notice to the Home Loan Applicant

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

---

Acknowledgement

I have received the notices titled, "Your Credit Score and the Price You Pay for Credit" and the "Notice to the Home Loan Applicant."

Applicant's Signature: _____   Date: _____

Applicant's Name: _____
            (Print)

---

## Contact Information for Credit Reporting Agencies

| EQUIFAX INFORMATION SERVICES | EXPERIAN | TRANSUNION CONSUMER RELATIONS |
|---|---|---|
| www.equifax.com | www.experian.com/reportaccess | www.transunion.com/myoptions |
| PO BOX 740241 | 701 EXPERIAN PARKWAY | 2 BALDWIN PLACE |
| ATLANTA, GA 30374–0241 | P.O. BOX 2002 | P.O. BOX 1000 |
| 800–685–1111 | ALLEN, TX 75013 | CHESTER, PA 19022 |
| | 888–397–3742 | 800–888–4213 |

# EXHIBIT I

 **TransUnion**

Report Created On: 01/23/2019
File Number: 391372691

Personal Information

You have been on our files since 08/01/1986

SSN: XXX-XX-4950
Your SSN has been masked for your protection.

Date of Birth: 11/29/1962

Names Reported: DR. ROBIN L. SMITH, DR. ROBIN SMITH, SIMPSON ROBIN SMITH and ROBIN L. SIMPSON

Addresses Reported:

| Address | Date Reported |
|---|---|
| PO BOX 4061, PHILADELPHIA, PA 19118-8061 | 05/30/2008 |
| 6945 SCOTFORTH RD, PHILADELPHIA, PA 19119-3711 | 01/05/2007 |
| 8905 CARLISLE RD, WYNDMOOR, PA 19038-7411 | 12/10/2005 |
| 210 W RITTENHOUSE SQ STE 408, PHILADELPHIA, PA 19103-5771 | 02/06/2007 |
| 1001 EASTON RD APT 505, WILLOW GROVE, PA 19090-2042 | |
| 1650 MARKET ST APT 36, PHILADELPHIA, PA 19103-7334 | 08/02/2010 |
| 12 W WILLOW GROVE AVE, PHILADELPHIA, PA 19118-3952 | 01/30/2007 |

Telephone Numbers Reported:

(215) 790-1160     (215) 848-2710     (215) 848-5242     (215) 470-2803     (215) 848-6151

Employment Data Reported:

| Employer Name | Location | Position | Date Verified |
|---|---|---|---|
| DR ROBIN L SMITH | | AUTHOR | 09/05/2018 |
| FEARLESS WON LLC | PHILADELPHIA, PA | PRESIDENT | 07/24/2009 |
| SELF | PHILADELPHIA, PA | PHYSICOLOGIST | 07/10/2009 |
| DOCTOR ROBIN SMITH | | | 07/19/2006 |
| ORDERED | | | 04/20/2005 |

**Account Information**

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**Remarks Key**
Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as 'Remarks'. The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

CBC   ACCOUNT CLOSED BY CONSUMER          >FPI<   FORECLOSURE INITIATED          >PRL<   UNPAID BALANCE CHARGED OFF

**Adverse Accounts**

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

**BRANCH B&T**  **#8089280773341****
223 WEST NASH ST
WILSON, NC 27893
(888) 562-6228

| Date Opened: | 08/05/2009 | Date Updated: | 07/31/2018 | Pay Status: | >Charged Off< |
|---|---|---|---|---|---|


TransUnion.

| Responsibility: | Individual Account | Payment Received: | $0 | Terms: | Paid Monthly |
| Account Type: | Line of Credit Account | Last Payment Made: | 05/09/2017 | Date Closed: | 07/31/2018 |
| Loan Type: | HOME EQUITY LOAN | Original ChargeOff: | $245,070 | >Maximum Delinquency of 120 days in 06/2017 and in 06/2018 for $260,401< | |

**High Balance:** High balance of $249,144 from 03/2018 to 07/2018
**Credit Limit:** Credit limit of $249,421 from 03/2018 to 07/2018
**Account Sale Info:** ACCOUNT SOLD TO SOLD TO BBT
**Estimated month and year that this item will be removed:** 02/2024

| | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $263,624 | $268,686 | $267,679 | $266,047 | $265,040 | | | | | |
| Scheduled Payment | | $1,040 | $1,040 | $1,040 | $1,040 | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | | | | | |
| Past Due | $263,624 | $260,401 | $259,394 | $258,353 | $257,413 | | | | | |
| Remarks | CBC >PRL< | CBC >FPI< | CBC >FPI< | CBC >FPI< | CBC >FPI< | | | | | |
| Rating | C/O | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK |

| | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2011 | 10/2011 | 09/2011 |
|---|---|---|---|
| Rating | OK | OK | OK |

TransUnion.

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**AMERICAN EXPRESS   #349990848957******
PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

| | | | | |
|---|---|---|---|---|
| Date Opened: | 11/17/1978 | Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Relationship Terminated (07/02/2009) | Date Updated: | 07/02/2009 | Date Closed: | 06/16/2009 |
| | | High Balance: | $0 | | |
| | | Credit Limit: | $500 | | |
| Account Type: | Revolving Account | | | | |
| Loan Type: | CREDIT CARD | | | | |

**Remarks:** INACTIVE ACCOUNT; CLOSED

| | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 10/2007 | 09/2007 | 08/2007 | 07/2007 | 06/2007 | 05/2007 | 04/2007 | 03/2007 | 02/2007 | 01/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2006 | 11/2006 | 10/2006 | 09/2006 | 08/2006 | 07/2006 | 06/2006 | 05/2006 | 04/2006 | 03/2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2006 | 01/2006 | 12/2005 | 11/2005 | 10/2005 | 09/2005 | 08/2005 | 07/2005 | 06/2005 | 05/2005 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2005 | 03/2005 | 02/2005 | 01/2005 | 12/2004 | 11/2004 | 10/2004 | 09/2004 | 08/2004 | 07/2004 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2004 | 05/2004 | 04/2004 | 03/2004 | 02/2004 | 01/2004 | 12/2003 | 11/2003 | 10/2003 | 09/2003 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2003 | 07/2003 | 06/2003 | 05/2003 | 04/2003 | 03/2003 | 02/2003 | 01/2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | | |

**AMEX DEPARTMENT STORES N   #37748110276******
PO BOX 8218
MASON, OH 45040
Phone number not available

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 03/14/2009 | Balance: | $0 | Pay Status: | Current; Paid or Paying as |


TransUnion.

| Responsibility: | Individual Account | Date Updated: | 12/26/2018 | | |
|---|---|---|---|---|---|
| Account Type: | Revolving Account | Last Payment Made: | 05/13/2009 | Terms: | Agreed Paid Monthly |
| Loan Type: | CREDIT CARD | High Balance: | $0 | Date Closed: | 05/03/2012 |
| | | Credit Limit: | $300 | | |

**Remarks:** ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | N/R | N/R | N/R | N/R |

| | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2012 | 02/2012 |
|---|---|---|
| Rating | OK | OK |

**BARCLAYS BANK DELAWARE  #00023267242****
PO BOX 8803
WILMINGTON, DE 19899
(888) 232-0780

| Date Opened: | 01/28/2002 | Date Updated: | 01/13/2019 | Pay Status: | Current; Paid or Paying as Agreed |
|---|---|---|---|---|---|
| Responsibility: | Individual Account | Payment Received: | $1,000 | | |
| Account Type: | Revolving Account | Last Payment Made: | 01/09/2019 | Terms: | $899 per month, paid Monthly |
| Loan Type: | FLEXIBLE SPENDING CREDIT CARD | | | | |

**Credit Limit:** Credit limit of $50,000 from 07/2016 to 01/2019

TransUnion

| | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $57,399 | $55,770 | $54,886 | $54,358 | $53,958 | $52,323 | $49,221 | $50,298 | $49,481 | $47,846 |
| Scheduled Payment | $899 | $861 | $851 | $835 | $829 | $796 | $754 | $769 | $752 | $721 |
| Amount Paid | $1,000 | $1,000 | $1,000 | $840 | $5,000 | $4,500 | $2,500 | $2,500 | $2,500 | $700 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $58,070 | $56,363 | $54,955 | $54,903 | $53,958 | $53,872 | $53,872 | $53,872 | $53,872 | $53,872 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $45,493 | $44,308 | $22,949 | $31,536 | $43,419 | $43,893 | $43,922 | $44,384 | $44,907 | $45,404 |
| Scheduled Payment | $657 | $647 | $396 | $430 | $607 | $608 | $612 | $618 | $620 | $631 |
| Amount Paid | $16,000 | $400 | $21,500 | $12,000 | $700 | $700 | $700 | $700 | $700 | $700 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $53,872 | $53,872 | $53,872 | $53,872 | $53,872 | $53,872 | $53,872 | $53,872 | $53,872 | $53,872 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $44,349 | $43,800 | $43,873 | $44,425 | $44,960 | $45,493 | $46,030 | $46,531 | $47,050 | $47,147 |
| Scheduled Payment | $601 | $600 | $584 | $607 | $615 | $615 | $628 | $629 | $640 | $642 |
| Amount Paid | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $700 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $53,872 | $53,872 | $53,872 | $53,872 | $53,872 | $53,872 | $53,872 | $53,872 | $53,872 | $53,872 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |



| | 05/2012 | 04/2012 | 03/2012 |
|---|---|---|---|
| Rating | OK | OK | OK |

**CAPITAL ONE / NEIMAN MARCUS  #4747326****
10700 CAPITAL ONE WAY
GLEN ALLEN, VA 23060
(800) 685-6695

| | | | | |
|---|---|---|---|---|
| Date Opened: | 09/01/1993 | Date Updated: | 12/30/2018 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Last Payment Made: | 09/28/2018 | | |
| Account Type: | Revolving Account | | | Terms: | Paid Monthly |
| Loan Type: | CHARGE ACCOUNT | | | Date Paid: | 09/28/2018 |

**High Balance:** High balance of $10,864 from 10/2016 to 11/2016; $10,864 from 04/2017 to 04/2017; $10,864 from 07/2017 to 07/2017; $10,864 from 07/2018 to 12/2018
**Credit Limit:** Credit limit of $15,000 from 10/2016 to 11/2016; $15,000 from 04/2017 to 04/2017; $15,000 from 07/2017 to 07/2017; $15,000 from 07/2018 to 12/2018

| | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $869 | $5,243 | | | | |
| Scheduled Payment | | | | | $869 | $895 | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | | | | | | | | $0 | | |
| Past Due | | | | | | | | $0 | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | | | | | $0 | $0 | | | |
| Past Due | $0 | | | | | $0 | $0 | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |



| Rating | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 04/2012 | 03/2012 | 02/2012 |
|---|---|---|---|
| Rating | OK | OK | OK |

**CITICARDS CBNA   #427138273033\*\*\*\***
POB 6241
SIOUX FALLS, SD 57117
(800) 347-4934

| Date Opened: | 05/01/1994 | Date Updated: | 01/17/2019 | Pay Status: | Current; Paid or Paying as Agreed |
|---|---|---|---|---|---|
| Responsibility: | Individual Account | Last Payment Made: | 01/15/2019 | | |
| Account Type: | Revolving Account | | | Terms: | $1,209 per month, paid Monthly |
| Loan Type: | CREDIT CARD | | | | |

**High Balance:** High balance of $60,739 from 07/2016 to 01/2019
**Credit Limit:** Credit limit of $60,000 from 07/2016 to 01/2019

| | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $57,926 | $58,224 | $58,981 | $49,178 | $49,925 | $50,473 | $51,167 | $51,875 | $52,478 | $53,179 |
| Scheduled Payment | $1,209 | $1,225 | $1,292 | $1,143 | $1,265 | $1,210 | $1,202 | $1,314 | $1,223 | $1,263 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $53,847 | $54,566 | $55,153 | $55,830 | $56,425 | $56,749 | $56,213 | $56,706 | $57,374 | $58,010 |
| Scheduled Payment | $1,218 | $1,357 | $1,273 | $1,363 | $1,314 | $1,287 | $1,384 | $1,298 | $1,337 | $1,393 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $58,606 | $59,353 | $59,985 | $59,340 | $59,054 | $59,144 | $58,824 | $58,131 | $58,863 | $59,343 |
| Scheduled Payment | $1,238 | $1,361 | $1,243 | $1,276 | $1,279 | $1,311 | $1,235 | $1,249 | $1,323 | $1,239 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**TransUnion**

| | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2012 | 04/2012 | 03/2012 |
|---|---|---|---|
| Rating | OK | OK | OK |

**CITIZENS BANK   #608730****
1 CITIZENS DR
RIVERSIDE, RI 02915
(800) 708-6680

| | | | |
|---|---|---|---|
| Date Opened: | 12/06/1999 | Date Updated: | 08/31/2018 |
| Responsibility: | Individual Account | Payment Received: | $0 |
| Account Type: | Line of Credit Account | Last Payment Made: | 08/09/2018 |
| Loan Type: | LINE OF CREDIT | | |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Terms: | Paid Monthly |
| Date Closed: | 08/09/2018 |
| Date Paid: | 08/09/2018 |

**High Balance:** High balance of $0 from 07/2016 to 08/2018
**Credit Limit:** Credit limit of $10,000 from 07/2016 to 08/2018
**Remarks:** INACTIVE ACCOUNT; CLOSED

| | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |



| Rating | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 12/2011 | 11/2011 | 10/2011 |
|---|---|---|---|
|  | OK | OK | OK |

**DISCOVER FINCL SVC LLC   #601100224696****
PO BOX 15316
WILMINGTON, DE 19850-5316
(800) 347-2683

| | | | | |
|---|---|---|---|---|
| Date Opened: | 03/21/2005 | Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Date Updated: | 01/13/2010 | | |
| Account Type: | Revolving Account | High Balance: | $0 | Date Closed: | 12/10/2009 |
| Loan Type: | CREDIT CARD | Credit Limit: | $8,000 | | |

Remarks: CLOSED

| Rating | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 | 09/2007 | 08/2007 | 07/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 06/2007 | 05/2007 | 04/2007 | 03/2007 | 02/2007 | 01/2007 | 12/2006 | 11/2006 | 10/2006 | 09/2006 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 08/2006 | 07/2006 | 06/2006 | 05/2006 | 04/2006 | 03/2006 | 02/2006 | 01/2006 | 12/2005 | 11/2005 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |



| | 10/2005 | 09/2005 | 08/2005 | 07/2005 | 06/2005 | 05/2005 | 04/2005 | 03/2005 |
|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

**DSNB/BLOOMINGDALES   #21034824****
PO BOX 8218
MASON, OH 45040
Phone number not available

| | | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 03/14/2009 | Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Date Updated: | 01/18/2019 | Terms: | Paid Monthly |
| Account Type: | Revolving Account | Payment Received: | $0 | Date Closed: | 05/03/2012 |
| Loan Type: | CHARGE ACCOUNT | Last Payment Made: | 05/13/2009 | Date Paid: | 05/13/2009 |
| | | High Balance: | $251 | | |
| | | Credit Limit: | $100 | | |

Remarks: ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | N/R | N/R | N/R |

| | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2012 | 03/2012 |
|---|---|---|
| Rating | OK | OK |

**NATIONAL PENN BANK   #3000000000916****

 TransUnion®

645 HAMILTON ST
STE 700
ALLENTOWN, PA 18101
(610) 861-5009

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 07/14/2009 | Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Date Updated: | 08/31/2009 | Date Closed: | 08/13/2009 |
| Account Type: | Line of Credit Account | Payment Received: | $0 | Date Paid: | 08/13/2009 |
| | | Last Payment Made: | 08/13/2009 | | |
| Loan Type: | LINE OF CREDIT | High Balance: | $40,000 | | |
| | | Credit Limit: | $40,000 | | |

Remarks: CLOSED

### SANTANDER BANK NA  #617406451791****
PO BOX 12646
READING, PA 19612
(888) 438-3533

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 05/26/2005 | Date Updated: | 12/31/2018 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Payment Received: | $5,867 | Terms: | $5,867 per month, paid Monthly for 360 months |
| Account Type: | Mortgage Account | Last Payment Made: | 12/26/2018 | | |
| Loan Type: | CONVENTIONAL REAL ESTATE MTG | | | | |

High Balance: High balance of $984,000 from 07/2016 to 12/2018

| | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $747,999 | $750,327 | $752,526 | $754,832 | $757,010 | $759,176 | $761,452 | $763,597 | $765,852 | $767,976 |
| Scheduled Payment | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 |
| Amount Paid | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $770,451 | $772,552 | $774,644 | $776,847 | $778,917 | $781,100 | $783,150 | $785,190 | $787,343 | $789,362 |
| Scheduled Payment | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 |
| Amount Paid | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $791,496 | $793,496 | $795,859 | $797,837 | $799,808 | $801,903 | $803,863 | $805,939 | $807,879 | $809,810 |
| Scheduled Payment | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 |
| Amount Paid | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 | $5,867 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |


TransUnion.

| Rating | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
|        | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      |

| Rating | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
|        | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      |

| Rating | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
|        | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      |

| Rating | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
|        | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      |

| Rating | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
|        | OK      | OK      | OK      | OK      | OK      | OK      | X       | X       | X       | X       |

| Rating | 04/2012 | 03/2012 | 02/2012 |
|--------|---------|---------|---------|
|        | OK      | OK      | OK      |

**SYNCB/SONY FINANCIAL SRV  #603459140301****
C/O PO BOX 965036
ORLANDO, FL 32896-5036
(866) 396-8254

| | | | |
|---|---|---|---|
| Date Opened: | 07/23/2010 | Balance: | $0 |
| Responsibility: | Individual Account | Date Updated: | 10/02/2016 |
| Account Type: | Revolving Account | Payment Received: | $0 |
| Loan Type: | CHARGE ACCOUNT | Last Payment Made: | 07/25/2012 |
| | | High Balance: | $2,109 |
| | | Credit Limit: | $4,500 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Terms: | Paid Monthly |
| Date Closed: | 08/13/2015 |
| Date Paid: | 07/25/2012 |

**Remarks:** INACTIVE ACCOUNT; CLOSED

| Rating | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
|        | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      |

| Rating | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
|        | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      |

| Rating | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
|        | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      |

| Rating | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
|        | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      |

| Rating | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
|        | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      | OK      |



| | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2010 | 10/2010 | 09/2010 | 08/2010 |
|---|---|---|---|---|
| Rating | OK | OK | OK | OK |

## Regular Inquiries

Regular Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.

**SANTANDER BANK via CBCINNSANTANDER BANK**
601 PENN ST
READING, PA 19601
(610) 378-6800

| | |
|---|---|
| Requested On: | 09/05/2018, 07/18/2017 |
| Inquiry Type: | Individual |
| Permissible Purpose: | CREDIT TRANSACTION |

**CHASE CARD**
PO BOX 15298
WILMINGTON, DE 19850
(800) 432-3117

| | |
|---|---|
| Requested On: | 02/02/2017 |
| Inquiry Type: | Individual |

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**NEW DAY FINANCIAL**
8171 MAPLE LAWN BL
STE 300
FULTON, MD 20759
(877) 423-1400

Requested On: 09/10/2018, 06/19/2018, 05/21/2018, 04/24/2018

**GEICO**
1 GEICO PLZ
WASHINGTON, DC 20076-0003
(773) 582-2886

Requested On: 09/06/2018, 07/10/2018

**CREDITASSOCIATES LLC**
6400 PINECREST
PLANO, TX 75024
(800) 981-9406

Requested On: 08/27/2018

**BEYOND FINANCE**
85 SAM FONZO DRIVE
BEVERLY, MA 01915
(888) 501-5397

Requested On: 07/23/2018, 06/19/2018

**GRANITE BAY ACCEPTANCE INC**
1781 VINEYARD DR.
#222
ANTIOCH, CA 94509
(925) 779-1901

Requested On: 07/15/2018, 06/15/2018

**NATIONAL DEBT RELIEF**
11 BROADWAY SUITE 1600
NEW YORK, NY 10004
(888) 660-7427

Requested On: 07/09/2018

**EMBRACE HOME LOANS**
25 ENTERPRISE CTR

**AMERICOR FUNDING**
2 PARK PLAZA #225



TransUnion.

| | |
|---|---|
| MIDDLETOWN, RI 02842-5201<br>(800) 620-6292<br>Requested On: 07/02/2018 | IRVINE, CA 92614<br>(800) 719-4910<br>Requested On: 04/19/2018 |
| **QUICKEN LOANS DBA ROCK F**<br>1050 WOODWARD AVE<br>DETROIT, MI 48226<br>(800) 508-0944<br>Requested On: 02/15/2018 | **STATE FARM BANK**<br>PO BOX 2313<br>BLOOMINGTON, IL 61702<br>(877) 734-2265<br>Requested On: 01/18/2018 |

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

| | |
|---|---|
| **BARCLAYS BANK DELAWARE**<br>PO BOX 8803<br>WILMINGTON, DE 19899<br>(888) 232-0780<br>Requested On: 01/20/2019 | **BARCLAYS BANK DE**<br>P.O. BOX 8803<br>WILMINGTON, DE 19899<br>(866) 370-5931<br>Requested On: 12/31/2018 |
| **WELTMAN WEINBERGREIS**<br>965 KEYNOTE CIRCLE<br>BROOKLYN HTS, OH 44131<br>(216) 685-1000<br>Requested On: 12/18/2018<br>Permissible Purpose: COLLECTION | **TU INTERACTIVE**<br>100 CROSS ST<br>202<br>SAN LUIS OBISPO, CA 93401<br>(844) 580-6816<br>Requested On: 09/01/2018 |
| **FACTACT FREE DISCLOSURE**<br>P O BOX 1000<br>CHESTER, PA 19016<br>(800) 916-8800<br>Requested On: 09/01/2018 | |

**Should you wish to contact TransUnion, you may do so,**

**Online:**
To report an inaccuracy, please visit: dispute.transunion.com
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

*For all correspondence, please have your TransUnion file number available (located at the top of this report).*



**Consumer Rights**

*Para informacion en espanol, visite www.consumerfinance.gov o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records).**For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your 'file disclosure'). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert on your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for more additional information.
- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited



"prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**. You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

  A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost**. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators**. If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

- **Identity theft victims and active duty military personnel have additional rights**. For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | Federal Trade Commission<br>Consumer Response Center - FCRA<br>Washington, DC 20580          1-877-382-4357 |
| 2. To the extent not included in item 1 above: | Office of the Comptroller of the Currency |
| a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | Federal Reserve Consumer Help (FRCH)<br>PO Box 1200<br>Minneapolis, MN 55480          1-888-851-1920 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and Insured state savings associations | FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| d. Federal Credit Unions | National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E. |

TransUnion.

| | |
|---|---|
| | Washington, DC 20590        1-202-366-1306 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or<br>Federal Trade Commission: Consumer Response Center-FCRA<br>Washington, DC 20580        1-877-382-4357 |